United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* _____

Chapter you are filing under:

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Identify Yourself** |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Christopher**<br>First name<br><br>**Shigeo**<br>Middle name<br><br>**Osaka**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5089 |  |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | | |
| | EIN | EIN |

| | | |
|---|---|---|
| **5.** **Where you live** | | **If Debtor 2 lives at a different address:** |
| | **57 N St NW # 120** **Washington, DC 20001** | |
| | Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| | **District Of Columbia** | |
| | County | County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:* | *Check one:* |
| | ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

■ Yes.

| Debtor | **Tomu, Inc.** | | | Relationship to you | **84% owned by Debtor** |
|---|---|---|---|---|---|
| District | **D.D.C.** | When | **6/25/25** | Case number, if known | **25-** |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Christopher Shigeo Osaka**                                      Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

_____

If immediate attention is needed, why is it needed?    _____

_____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** | *You must check one:* | *You must check one:* |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Christopher Shigeo Osaka**
_____          _____
**Christopher Shigeo Osaka**                                                    Signature of Debtor 2
Signature of Debtor 1

Executed on    **June 25, 2025**                                          Executed on  _____
_____                                              _____
MM / DD / YYYY                                                                  MM / DD / YYYY

Debtor 1    **Christopher Shigeo Osaka**                                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Justin P. Fasano**                                     Date    **June 25, 2025**
Signature of Attorney for Debtor                                     MM / DD / YYYY

**Justin P. Fasano**
Printed name

**McNamee Hosea,  P.A.**
Firm name

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone    **301-441-2420**                  Email address    **jfasano@mhlawyers.com**

**MD21201 DC**
Bar number & State

---

| Debtor 1 | **Christopher Shigeo Osaka** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLUMBIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B................................................. $ 482,952.00

   1b. Copy line 62, Total personal property, from Schedule A/B.................................... $ 12,407.78

   1c. Copy line 63, Total of all property on Schedule A/B............................................. $ 495,359.78

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ 1,031,126.55

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $ 63,519.96

   3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ 4,568,784.45

   **Your total liabilities** $ 5,663,430.96

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................................. $ 1,846.33

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*....................................................... $ 9,970.00

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Debtor 1          **Christopher Shigeo Osaka**
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1
**57 N St NW # 120**
Street address, if available, or other description

**Washington          DC     20001-0000**
City                State    ZIP Code

**District of Columb**
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

■ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**700 sq. ft. condo unit**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$482,952.00** | **$482,952.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>

**$482,952.00**

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No

☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.............................................................=>

   **$0.00**

| Part 3: | Describe Your Personal and Household Items |
| --- | --- |

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | | |
   | --- | --- |
   | **Living Room: 1 chair, table, 1 stereo system, 1 TV: $500**<br>**Bedroom: Bed, mirror $150**<br>**Kitchen: Table: $100, Refrigerator: $500; Dishes, Cookware and**<br>**Flatware and Utensils: $300; Washer/Dryer: $00** | **$1,950.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | | |
   | --- | --- |
   | **Computer, tablet** | **$600.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

   | | |
   | --- | --- |
   | **Artwork** | **$100.00** |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | | |
   | --- | --- |
   | **Golf clubs, tennis racket** | **$200.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| **Miscellaneous men's clothing** | **$500.00** |

---

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| **Antique watch** | **$2,000.00** |

---

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...............................................................................    **$5,350.00**

---

**Part 4:**  **Describe Your Financial Assets**

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.......................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                     Institution name:

| 17.1. | **Checking** | ,Chase (as of 5/31/25) | **$644.50** |
| 17.2. | **Savings**  | Chase                  | **$2.82**   |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................                     Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
    Name of entity:                                      % of ownership:

| **Tomu, Inc.** | **Appx 84% of shares**  % | **$0.00** |

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
                     Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | **IRA** | **Chase** | **$6,410.46** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else

   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
   Company name:                                    Beneficiary:                          Surrender or refund
                                                                                         value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.

   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

   ■ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here**................................................................................................................

   | **$7,057.78** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

   | **$0.00** |

**Part 8:**   List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2** ..................................................................................................................   $482,952.00

56.  **Part 2: Total vehicles, line 5**   $0.00

57.  **Part 3: Total personal and household items, line 15**   $5,350.00

58.  **Part 4: Total financial assets, line 36**   $7,057.78

59.  **Part 5: Total business-related property, line 45**   $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**   $0.00

61.  **Part 7: Total other property not listed, line 54**   +   $0.00

62.  **Total personal property.** Add lines 56 through 61...   $12,407.78   Copy personal property total   $12,407.78

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62   $495,359.78

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher Shigeo Osaka** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLUMBIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Living Room: 1 chair, table, 1 stereo system, 1 TV: $500<br>Bedroom: Bed, mirror $150<br>Kitchen: Table: $100, Refrigerator: $500; Dishes, Cookware and Flatware and Utensils: $300; Washer/Dryer: $00**<br>Line from *Schedule A/B*: **6.1** | $1,950.00 | ■  $1,950.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Computer, tablet**<br>Line from *Schedule A/B*: **7.1** | $600.00 | ■  $600.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Golf clubs, tennis racket**<br>Line from *Schedule A/B*: **9.1** | $200.00 | ■  $200.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Miscellaneous men's clothing**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■  $500.00<br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Antique watch**<br>Line from *Schedule A/B*: **12.1** | $2,000.00 | ■ | $2,000.00 | **11 U.S.C. § 522(d)(4)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: ,Chase (as of 5/31/25)**<br>Line from *Schedule A/B*: **17.1** | $644.50 | ■ | $644.50 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings: Chase**<br>Line from *Schedule A/B*: **17.2** | $2.82 | ■ | $2.82 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **IRA: Chase**<br>Line from *Schedule A/B*: **21.1** | $6,410.46 | ■ | $6,410.46 | **11 U.S.C. § 522(d)(12)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christopher Shigeo Osaka** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLUMBIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | **Arlington County Federal Credit Union** | | $122,510.00 | $482,952.00 | $46,394.63 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**57 N St NW # 120 Washington, DC 20001  District of Columb County 700 sq. ft. condo unit**

**2130 North Glebe Road
Arlington, VA 22207**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____ Last 4 digits of account number _____

| | 2.2 | **Capital Bank, N.A.** |
|---|---|---|

Creditor's Name

**2275 Research Boulevard
Suite 600
Rockville, MD 20850**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**    $501,779.92    $482,952.00    $501,779.92

57 N St NW # 120 Washington, DC
20001  District of Columb County
700 sq. ft. condo unit

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    UCC-1 (possibly filed in wrong state)

**Date debt was incurred** _____    **Last 4 digits of account number**    1817

| | 2.3 | **JPMorgan Chase Bank, N.A.** |
|---|---|---|

Creditor's Name

**270 Park Avenue
New York, NY 10017**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**    $406,836.63    $482,952.00    $0.00

57 N St NW # 120 Washington, DC
20001  District of Columb County
700 sq. ft. condo unit

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    _____

**Date debt was incurred** _____    **Last 4 digits of account number**    _____

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $1,031,126.55

**If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:**    $1,031,126.55

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Christopher Shigeo Osaka** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLUMBIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Comptroller of Maryland** | Last 4 digits of account number _____ | $52,519.96 | $0.00 | $52,519.96 |
|---|---|---|---|---|---|

Priority Creditor's Name
**Revenue**
**110 Carroll Street**
**Annapolis, MD 21411**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

**Is the claim subject to offset?**

☑ No

☐ Yes

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**Sales and Payroll Tax**

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number _____ | **$11,000.00** | **$0.00** | **$11,000.00** |

Priority Creditor's Name
**Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Taxes -2022**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **8150 Properties, Inc.** | Last 4 digits of account number _____ | **$1,345,754.40** |

Nonpriority Creditor's Name
**800 Van Cliburn Way # 6021
Fort Worth, TX 76107**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Customer rescission complaint, $1,345,754.30 paid**

**3 out of 4 1BR units partially complete**

■ Yes

■ Other. Specify    **Tomu Debt, no known guarantee**

---

| 4.2 | **84 Lumber** | Last 4 digits of account number | **6000** | $3,186.50 |

**84 Lumber**
Nonpriority Creditor's Name
**6150 Buchanan Trail East**
**Waynesboro, PA 17268**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **6000**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Tomu Debt, no known guarantee**

$3,186.50

---

| 4.3 | **Aaron & Jennifer St. Pierre** | | | $70,500.00 |

**Aaron & Jennifer St. Pierre**
Nonpriority Creditor's Name
**30 Balsam Drive**
**Readfield, ME 04355**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Customer Deposit**

■ Other. Specify **Tomu Debt, no known guarantee**

$70,500.00

---

| 4.4 | **Agna Guden** | | | $2,000.00 |

**Agna Guden**
Nonpriority Creditor's Name
**1838 Flagstaff Ct**
**Seal Beach, CA 90740**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **StartEngine Investor. Tomu Debt, no known guarantee**

$2,000.00

Debtor 1  **Christopher Shigeo Osaka**                    Case number (if known) _____

---

| 4.5 | **Aiste Cechaviciute** | Last 4 digits of account number _____ | **$1,000.00** |

Nonpriority Creditor's Name
**5850 Birch Ct**
**Apt 10**
**Oakland, CA 94618**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.6 | **Aiste K Guden** | Last 4 digits of account number _____ | **$5,000.00** |

Nonpriority Creditor's Name
**1442 Kentfield Ave**
**#A**
**Redwood City, CA 94061**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.7 | **Alexander Young** | Last 4 digits of account number _____ | **$250.00** |

Nonpriority Creditor's Name
**2470 Manderville Lane**
**Apt 1412**
**Alexandria, VA 22314**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.8 | **almuruna farada trust** | Last 4 digits of account number _____ | $1,250.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**11816 INWOOD RD**
**Dallas, TX 75244**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.9 | **American Express** | Last 4 digits of account number _____ | $2,949.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 981537**
**El Paso, TX 79998-1537**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **personal credit card**

---

| 4.10 | **Anna Marie Charles** | Last 4 digits of account number _____ | $1,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**9428 Berkley Lane**
**Frederick, MD 21701**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

Debtor 1  **Christopher Shigeo Osaka**                    Case number (if known) _____

---

**4.1**
**1**

**Annette Yvonne Johnson**                    **Last 4 digits of account number** _____          **$2,500.00**
Nonpriority Creditor's Name
**29 West Baltimore Street**                    **When was the debt incurred?** _____
**Funkstown, MD 21734**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ■ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
   **debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify  **StartEngine Investor.  Tomu Debt, no**
                                                                  **known guarantee**

---

**4.1**
**2**

**Antonio San Martin**                          **Last 4 digits of account number** _____          **$250.00**
Nonpriority Creditor's Name
**815 Evian**                                    **When was the debt incurred?** _____
**San Antonio, TX 78260**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ■ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
   **debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify  **StartEngine Investor.  Tomu Debt, no**
                                                                  **known guarantee**

---

**4.1**
**3**

**Apple Card/ GS Bank USA**                     **Last 4 digits of account number** _____          **$2,203.00**
Nonpriority Creditor's Name
**11850 S. Election Road**                       **When was the debt incurred?** _____
**Draper, UT 84020**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                 ☐ Contingent
☐ Debtor 2 only                                 ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
   **debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                           ■ Other. Specify  **Personal credit card**

---

| | |
|---|---|
| **4.1 4** | |

**Arminas Wagner**                                    Last 4 digits of account number _____    **$2,000.00**

Nonpriority Creditor's Name
**2506 Grassy Spring Pl**                             **When was the debt incurred?** _____
**Las Vegas, NV 89135**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                      ☐ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ■ Disputed

■ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community            ☐ Student loans
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify   **StartEngine Investor.  Tomu Debt, no
                                                                      known guarantee**

---

| | |
|---|---|
| **4.1 5** | |

**ATINUKE ABIJO**                                     Last 4 digits of account number _____    **$250.00**

Nonpriority Creditor's Name
**901 Riggins Road**                                  **When was the debt incurred?** _____
**733**
**Tallahassee, FL 32308**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                      ☐ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ■ Disputed

■ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community            ☐ Student loans
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify   **StartEngine Investor.  Tomu Debt, no
                                                                      known guarantee**

---

| | |
|---|---|
| **4.1 6** | |

**Bank of America**                                   Last 4 digits of account number _____    **$1,918.00**

Nonpriority Creditor's Name
**100 N Tryon Street**                                **When was the debt incurred?** _____
**Charlotte, NC 28202**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                      ☐ Contingent

☐ Debtor 2 only                                      ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ☐ Disputed

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community            ☐ Student loans
debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify   **Personal Credit Card**

---

| 4.1 7 | **baris guler** | **Last 4 digits of account number** _____ | **$250.00** |

Nonpriority Creditor's Name
**15211 Cabrillo Way**
**Austin, TX 78738**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 8 | **Bedrosians Tile & Stone** | **Last 4 digits of account number** _____ | **$9,506.19** |

Nonpriority Creditor's Name
**4460 West Shaw Avenue**
**Fresno, CA 93722**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt.  Tomu Debt, no known guarantee**

---

| 4.1 9 | **Benjamin Droz** | **Last 4 digits of account number** _____ | **$250.00** |

Nonpriority Creditor's Name
**57 N st NW**
**#222**
**Washington, DC 20001**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

| 4.2 0 | **BFS Operations, LLC. (TW Perry)** | Last 4 digits of account number _____ | **$2,136.88** |

**BFS Operations, LLC. (TW Perry)**
Nonpriority Creditor's Name
**8101 Snouffer School Road**
**Gaithersburg, MD 20879**
Number Street City State Zip Code

Last 4 digits of account number _____                 **$2,136.88**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business debt.  Tomu Debt, no known guarantee**

---

| 4.2 1 | **Brad Gleeson** | Last 4 digits of account number _____ | **$1,000.00** |

**Brad Gleeson**
Nonpriority Creditor's Name
**31600 Night Owl Ave NE**
**Kingston, WA 98346**
Number Street City State Zip Code

Last 4 digits of account number _____                 **$1,000.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.2 2 | **Brady Rall** | Last 4 digits of account number _____ | **$500.00** |

**Brady Rall**
Nonpriority Creditor's Name
**1101 N Kentucky St**
**Arlington, VA 22205**
Number Street City State Zip Code

Last 4 digits of account number _____                 **$500.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Startengine investor.  Tomu Debt, no known guarantee**

| 4.2 3 | **Brenda Okoth** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**11816 Inwood Road**
**Unit 70572**
**Dallas, TX 75224**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**Last 4 digits of account number** _____　　　　　**$116,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Client for Studio V0.0; client has paid $116,000 of $145,000 contract; unit 90-95% complete**

---

| 4.2 4 | **Brigit Cheshire** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**2567 NW Northrup St**
**Portland, OR 97210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____　　　　　**$250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.2 5 | **Bryan Grudowski** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3221 Commerce St. #409**
**Dallas, TX 75226**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____　　　　　**$5,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **StartEngine InvestorTomu Debt, no known guarantee**

---

| 4.2 6 | | | |
|---|---|---|---|

**Capital Bank, N.A.**
Nonpriority Creditor's Name
**2275 Research Boulevard Suite 600**
**Rockville, MD 20850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$50,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Line of Credit for Tomu.**

---

| 4.2 7 | | | |
|---|---|---|---|

**Capital Electric**
Nonpriority Creditor's Name
**12111 Insurance Way**
**Hagerstown, MD 21740**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$213.73**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt.  Tomu Debt, no known guarantee**

---

| 4.2 8 | | | |
|---|---|---|---|

**Capital One**
Nonpriority Creditor's Name
**PO Box 31293**
**Salt Lake City, UT 84131-1293**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$44,623.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Credit Card**

| 4.2 9 | |
|---|---|

**CARTER LUMBER**
Nonpriority Creditor's Name
**601 Tallmadge Road**
**Kent, OH 44240**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **0002** _____          **$22,483.27**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt. Tomu Debt, no known guarantee**

---

| 4.3 0 | |
|---|---|

**Castaway Plumbing, Inc.**
Nonpriority Creditor's Name
**9136 Reichs Ford Road**
**Frederick, MD 21704**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____          **$6,878.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt. Tomu Debt, no known guarantee**

---

| 4.3 1 | |
|---|---|

**Cechavicius Family Living Trust**
Nonpriority Creditor's Name
**8 MONTANA CT**
**PO BOX 275**
**Blue Diamond, NV 89004**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____          **$8,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **StartEngine Investor. Tomu Debt, no known guarantee**

---

| 4.3 2 | **Charles Megwa** | | Last 4 digits of account number _____ | $1,000.00 |

Nonpriority Creditor's Name

**125 Church Street**
**Suite 90-104**
**Pembroke, MA 02359**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **StartEngine Investor.  .  Tomu Debt, no known guarantee**

---

| 4.3 3 | **Charles Moore** | | Last 4 digits of account number _____ | $1,000.00 |

Nonpriority Creditor's Name

**1331 Appling Dr**
**Mount Pleasant, SC 29464**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **StartEngine Investor.  .  Tomu Debt, no known guarantee**

---

| 4.3 4 | **Chase** | | Last 4 digits of account number _____ | $10,161.28 |

Nonpriority Creditor's Name

**PO Box 1423**
**NC 28200-1423**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

| 4.3 5 | | | |
|---|---|---|---|

**Chase**

Nonpriority Creditor's Name

**PO Box 1423**
**NC 28200-1423**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____      $67,692.06

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Credit Card**

---

| 4.3 6 | | | |
|---|---|---|---|

**Cheryle R Muckey**

Nonpriority Creditor's Name

**409 5th St S**
**Ellendale, ND 58436**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____      $5,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.3 7 | | | |
|---|---|---|---|

**Christopher Andrew Wan**

Nonpriority Creditor's Name

**715 Lake Shore Drive**
**Parsippany, NJ 07054**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____      $1,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.3 8 | **Christopher Bouthilette** | Last 4 digits of account number ___ ___ ___ ___ | **$1,000.00** |

Nonpriority Creditor's Name
**910 M St NW**
**Apt 704**
**Washington, DC 20001**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.3 9 | **Christopher Davis** | Last 4 digits of account number ___ ___ ___ ___ | **$250.00** |

Nonpriority Creditor's Name
**303 Perimeter Center N Ste 300**
**Atlanta, GA 30346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.4 0 | **CLARIAN COUNSEL** | Last 4 digits of account number ___ ___ ___ ___ | **$2,205.00** |

Nonpriority Creditor's Name
**700 12th Street Suite 700**
**Washington, DC 20005**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt.  Tomu Debt, no known guarantee**

| | | |
|---|---|---|
| 4.4<br>1 | **Cody Heisinger** | Last 4 digits of account number | $251.00 |

Nonpriority Creditor's Name
**181 Brookdale Road**
**Stamford, CT 06903**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **StartEngine Investor. Tomu Debt, no known guarantee**

---

| | | |
|---|---|---|
| 4.4<br>2 | **Cody Heisinger** | Last 4 digits of account number | $255.00 |

Nonpriority Creditor's Name
**181 Brookdale Road**
**Stamford, CT 06903**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **StartEngine Investor. Tomu Debt, no known guarantee**

---

| | | |
|---|---|---|
| 4.4<br>3 | **Cody Heisinger** | Last 4 digits of account number | $250.00 |

Nonpriority Creditor's Name
**181 Brookdale Road**
**Stamford, CT 06903**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **StartEngine Investor. Tomu Debt, no known guarantee**

| 4.4 4 | **Cody James Patterson** | Last 4 digits of account number _____ | $300.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**8236 97th Ave**
**Vero Beach, FL 32967**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.4 5 | **Comfort Design Inc.** | Last 4 digits of account number _____ | $1,250.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**620 Pennsylvania Ave.**
**Winchester, VA 22604**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt.  Tomu Debt, no known guarantee**

---

| 4.4 6 | **Craig F Pfannenstiehl** | Last 4 digits of account number _____ | $2,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**101 Deer Path Lane**
**Weston, MA 02493**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

| 4.47 | **Daina Kuzmickas** | **Last 4 digits of account number** ___ ___ ___ ___ | **$250.00** |

Nonpriority Creditor's Name

**8005 Gramercy Blvd**
**Apt 301**
**Derwood, MD 20855**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor. Tomu Debt, no known guarantee**

---

| 4.48 | **Daniel Hagen** | **Last 4 digits of account number** ___ ___ ___ ___ | **$126,651.00** |

Nonpriority Creditor's Name

**420 Del Norte Street**
**Los Angeles, CA 90065**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StudioV1.0; $126,651 of $153,500 paid, construction approximately 20% complete. Tomu Debt, no known guarantee**

---

| 4.49 | **Daniel Theo- Gonzalez** | **Last 4 digits of account number** ___ ___ ___ ___ | **$500.00** |

Nonpriority Creditor's Name

**3231 Dewer On**
**Honolulu, HI 96818**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor. Tomu Debt, no known guarantee**

---

**4.50**

**David Glen Carpenter**
Nonpriority Creditor's Name
**175 1st st s 3401**
**Saint Petersburg, FL 33701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____　　　　**$1,500.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor.  Tomu Debt, no known guarantee**

---

**4.51**

**Dawn Blessing**
Nonpriority Creditor's Name
**1283 Portola Dr**
**San Francisco, CA 94127**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____　　　　**$750.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor.  Tomu Debt, no known guarantee**

---

**4.52**

**Dawn Wetterhahn**
Nonpriority Creditor's Name
**275 Marlboro Road**
**Wood Ridge, NJ 07075**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____　　　　**$250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor.  Tomu Debt, no known guarantee**

| 4.5 3 | **DeLeon & Stang CPAs and Advisors** | **Last 4 digits of account number** ___ ___ ___ ___ | **$4,995.00** |

Nonpriority Creditor's Name
**150 S East St.**
**Suite 103**
**Frederick, MD 21701**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ■ Other. Specify   **Tomu Debt, no known guarantee**

---

| 4.5 4 | **Demetria Larsen** | **Last 4 digits of account number** ___ ___ ___ ___ | **$250.00** |

Nonpriority Creditor's Name
**1744 W Montana Ct**
**Nixa, MO 65714**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.5 5 | **Devin Lovgren** | **Last 4 digits of account number** ___ ___ ___ ___ | **$250.00** |

Nonpriority Creditor's Name
**1017 8th Street**
**Fairbury, NE 68352**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

**As of the date you file, the claim is: Check all that apply**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.5 6 | |
|---|---|

**Discover Card**
Nonpriority Creditor's Name

**P.O. Box 30939**
**Salt Lake City, UT 84130-0939**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$32,169.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.5 7 | |
|---|---|

**Douglas J Muckey**
Nonpriority Creditor's Name

**409 5th St S 693**
**Ellendale, ND 58436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$5,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.5 8 | |
|---|---|

**Douglas J Muckey**
Nonpriority Creditor's Name

**409 5th St S 693**
**Ellendale, ND 58436**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____        **$5,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

Debtor 1    **Christopher Shigeo Osaka**                      Case number (if known) _____

---

**4.5 9**

**Duane Jones**                                           **Last 4 digits of account number** _____        **$250.00**
Nonpriority Creditor's Name
**2103 W Canyon Dr**                                      **When was the debt incurred?** _____
**Coeur D Alene, ID 83815**
Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ■ Disputed

■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community                ☐ Student loans
debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                     ■ Other. Specify   **StartEngine Investor.  Tomu Debt, no
                                                          known guarantee**

---

**4.6 0**

**Edward Medlock**                                        **Last 4 digits of account number** _____        **$250.00**
Nonpriority Creditor's Name
**19 Palmer Lane**                                        **When was the debt incurred?** _____
**Asheville, NC 28804**
Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ■ Disputed

■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community                ☐ Student loans
debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                     ■ Other. Specify   **StartEngine Investor.  Tomu Debt, no
                                                          known guarantee**

---

**4.6 1**

**Edward Medlock**                                        **Last 4 digits of account number** _____        **$300.00**
Nonpriority Creditor's Name
**19 Palmer Lane**                                        **When was the debt incurred?** _____
**Asheville, NC 28804**
Number Street City State Zip Code                         **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ■ Disputed

■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community                ☐ Student loans
debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                     ■ Other. Specify   **StartEngine Investor.  Tomu Debt, no
                                                          known guarantee**

---

Debtor 1    **Christopher Shigeo Osaka**                    Case number (if known) _____

| 4.6 2 | | | |

**Edward Uhler**                                 **Last 4 digits of account number** _____        $1,570.00
Nonpriority Creditor's Name
**5454 SW 28th Ave**                              **When was the debt incurred?** _____
**Ocala, FL 34471**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community        ☐ Student loans
debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ■ Other. Specify   **StartEngine Investor.  Tomu Debt, no**
☐ Yes                                                              **known guarantee**

| 4.6 3 | | | |

**Eleanor Wynn**                                 **Last 4 digits of account number** _____        $250.00
Nonpriority Creditor's Name
**6311 Palomino Way**                             **When was the debt incurred?** _____
**West Linn, OR 97068**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community        ☐ Student loans
debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ■ Other. Specify   **StartEngine Investor.  Tomu Debt, no**
☐ Yes                                                              **known guarantee**

| 4.6 4 | | | |

**Elizabeth Hartley**                            **Last 4 digits of account number** _____        $250.00
Nonpriority Creditor's Name
**110 Gulf Shore Dr**                             **When was the debt incurred?** _____
**Unit 424**
**Destin, FL 32541**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community        ☐ Student loans
debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ■ Other. Specify   **StartEngine Investor.  Tomu Debt, no**
☐ Yes                                                              **known guarantee**

Debtor 1    **Christopher Shigeo Osaka**                                    Case number (if known) _____

| | |
|---|---|
| **4.6 5** | |

**Emily Strong**
Nonpriority Creditor's Name
**1699 Longwood Drive**
**Cleveland, OH 44124**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     $250.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| | |
|---|---|
| **4.6 6** | |

**Farbod Farzan**
Nonpriority Creditor's Name
**1500 Harbor Blvd**
**242**
**Weehawken, NJ 07086**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     $1,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| | |
|---|---|
| **4.6 7** | |

**Fastenal Company**
Nonpriority Creditor's Name
**2001 Theurer Blvd.**
**Winona, MN 55987**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 2905     $120.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Tomu Debt, no known guarantee**

---

| 4.6 8 | | |
|---|---|---|

**Gintare Dailey**                    Last 4 digits of account number _____          **$5,000.00**
Nonpriority Creditor's Name
**1285 Tomahawk Dr**
**Salt Lake City, UT 84103**                    When was the debt incurred? _____
Number Street City State Zip Code
Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ■ Disputed
■ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**                    ☐ Student loans
**Is the claim subject to offset?**                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                    ■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

| 4.6 9 | | |
|---|---|---|

**Gisela PerezGonzalez**                    Last 4 digits of account number _____          **$414.06**
Nonpriority Creditor's Name
**12812 Raysbrook Drive**
**Riverview, FL 33569**                    When was the debt incurred? _____
Number Street City State Zip Code
Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ■ Disputed
■ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**                    ☐ Student loans
**Is the claim subject to offset?**                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                    ■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

| 4.7 0 | | |
|---|---|---|

**Gloria Su**                    Last 4 digits of account number _____          **$500.00**
Nonpriority Creditor's Name
**6263 Ivar Ave.**
**Temple City, CA 91780**                    When was the debt incurred? _____
Number Street City State Zip Code
Who incurred the debt? Check one.                    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                    ■ Disputed
■ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**                    ☐ Student loans
**Is the claim subject to offset?**                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                    ■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

| | |
|---|---|
| **4.7 1** | |

**Gordon Electric Supply, Inc.**
Nonpriority Creditor's Name
**1290 North Hobbie Avenue**
**Kankakee, IL 60901-0231**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3416** _____          **$5.96**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Tomu Debt, no known guarantee**

---

| | |
|---|---|
| **4.7 2** | |

**Gordon Lee Osaka**
Nonpriority Creditor's Name
**35 All Saints St**
**319**
**Frederick, MD 21701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$500.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor. Tomu Debt, no known guarantee**

---

| | |
|---|---|
| **4.7 3** | |

**Greg Sloan**
Nonpriority Creditor's Name
**4324 Walsh Drive**
**Atlanta, GA 30338**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor. Tomu Debt, no known guarantee**

---

Debtor 1    **Christopher Shigeo Osaka**                    Case number (if known) _____

---

**4.7 4**    **Hagerstown Kitchens, Inc.**              Last 4 digits of account number _____            $9,771.72
Nonpriority Creditor's Name
**19221 Longmeadow Road**                  When was the debt incurred? _____
**Hagerstown, MD 21742**
Number Street City State Zip Code
Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ■ Disputed
■ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community      ☐ Student loans
   debt                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                              ■ Other. Specify   **Business debt. Tomu Debt, no known**
☐ Yes                                                            **guarantee**

---

**4.7 5**    **Hagerstown Paint & Glass Co., Inc.**     Last 4 digits of account number _____            $63,955.38
Nonpriority Creditor's Name
**18136 Oak Ridge Drive**                  When was the debt incurred? _____
**Hagerstown, MD 21740**
Number Street City State Zip Code
Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ■ Disputed
■ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community      ☐ Student loans
   debt                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                              ■ Other. Specify   **Services. Tomu Debt, no known guarantee**
☐ Yes

---

**4.7 6**    **Hampton Inn - Hagerstown I-81**          Last 4 digits of account number _____            $399.84
             **HGRMG**
Nonpriority Creditor's Name                    When was the debt incurred? _____
**18300 Peak Circle**
**Hagerstown, MD 21742**
Number Street City State Zip Code
Who incurred the debt? Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                               ☐ Contingent
☐ Debtor 2 only                               ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                  ■ Disputed
■ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community      ☐ Student loans
   debt                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                              ■ Other. Specify   **Tomu Debt, no known guarantee**
☐ Yes

---

| 4.7 7 | **Hicksville Planing Mill** | Last 4 digits of account number _____ | **$9,357.00** |

Nonpriority Creditor's Name
**14464 Hicksville Road**
**Clear Spring, MD 21722**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Tomu Debt, no known guarantee**

---

| 4.7 8 | **Hipolito Catarino** | Last 4 digits of account number _____ | **$250.00** |

Nonpriority Creditor's Name
**2251 Sahara Dr**
**Lake Havasu City, AZ 86403**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.7 9 | **Hood Industries, Inc.** | Last 4 digits of account number   3150 | **$4,258.35** |

Nonpriority Creditor's Name
**18450 Showalter Road**
**Bay #9**
**Hagerstown, MD 21742**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt.  Tomu Debt, no known guarantee**

---

| 4.8 0 | **ICC NTA LLC** | Last 4 digits of account number _____ | $19,982.56 |

Nonpriority Creditor's Name
**305 North Oakland Ave**
**P.O. Box 490**
**Nappanee, IN 46550**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt. Tomu Debt, no known guarantee**

---

| 4.8 1 | **Igor Stankevic** | Last 4 digits of account number _____ | $570.00 |

Nonpriority Creditor's Name
**Karaliauciaus g. 9A-38**
**Belle Rive, IL 62810**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt. Tomu Debt, no known guarantee**

---

| 4.8 2 | **Immerse Stays MT LLC** | Last 4 digits of account number _____ | $32,500.00 |

Nonpriority Creditor's Name
**Anejandro Bencomo**
**3815 Eastside St, #1006**
**Houston, TX 77098**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Customer Deposit. Tomu Debt, no known guarantee**

---

---

| 4.8 3 | **Innovative Rock and Water Inc.** | Last 4 digits of account number _____ | **$2,550.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**107 W 37th St**
**Garden City, ID 83714**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only      ☐ Contingent

☐ Debtor 1 and Debtor 2 only      ☐ Unliquidated

■ At least one of the debtors and another      ■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt. Tomu Debt, no known guarantee**

---

| 4.8 4 | **Jacent Davis** | Last 4 digits of account number _____ | **$250.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1705 Porchrest Way**
**Antioch, TN 37013**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only      ☐ Contingent

☐ Debtor 1 and Debtor 2 only      ☐ Unliquidated

■ At least one of the debtors and another      ■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **StartEngine Investor. Tomu Debt, no known guarantee**

---

| 4.8 5 | **Jeffry Mercado** | Last 4 digits of account number _____ | **$500.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**201 Park Plaza**
**C514**
**San Diego, CA 92101**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only      ☐ Contingent

☐ Debtor 1 and Debtor 2 only      ☐ Unliquidated

■ At least one of the debtors and another      ■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **StartEngine Investor. Tomu Debt, no known guarantee**

---

| 4.8 6 | **Jimmie Reives** | Last 4 digits of account number ___ ___ ___ ___ | $500.00 |

**Jimmie Reives**
Nonpriority Creditor's Name
**2984 N Fork Rd**
**Fernley, NV 89408**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.8 7 | **John Foss and Scott Barsin** | Last 4 digits of account number ___ ___ ___ ___ | $67,340.00 |

**John Foss and Scott Barsin**
Nonpriority Creditor's Name
**312 Sunset Road**
**West Palm Beach, FL 33401**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Customer Deposit.  Tomu Debt, no known guarantee**

---

| 4.8 8 | **John Nevin** | Last 4 digits of account number ___ ___ ___ ___ | $500.00 |

**John Nevin**
Nonpriority Creditor's Name
**101 Clapboard Hill Rd**
**Westport, CT 06880**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Startengine investor.  Tomu Debt, no known guarantee**

| 4.8 9 | **Jonathan Charles** | Last 4 digits of account number ____ ____ ____ ____ | $250.00 |

Nonpriority Creditor's Name

**9428 Berkley Ln**
**Frederick, MD 21701**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **StartEngine Investor. Tomu Debt, no known guarantee**

---

| 4.9 0 | **Jonathan Charles** | Last 4 digits of account number ____ ____ ____ ____ | $500.00 |

Nonpriority Creditor's Name

**9428 Berkley Ln**
**Frederick, MD 21701**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **StartEngine Investor. Tomu Debt, no known guarantee**

---

| 4.9 1 | **Joseph Champlin** | Last 4 digits of account number ____ ____ ____ ____ | $1,000.00 |

Nonpriority Creditor's Name

**200 E Church St**
**Frederick, MD 21701**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **StartEngine Investor. Tomu Debt, no known guarantee**

---

**4.9 2**

**Josiah Barnes**

Nonpriority Creditor's Name

**311 Hart St**
**2A**
**Brooklyn, NY 11206**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $250.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **StartEngine Investor. Tomu Debt, no known guarantee**

---

**4.9 3**

**Josiah Barnes**

Nonpriority Creditor's Name

**311 Hart St**
**2A**
**Brooklyn, NY 11206**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $500.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **StartEngine Investor. Tomu Debt, no known guarantee**

---

**4.9 4**

**JPMCB Card Services**

Nonpriority Creditor's Name

**PO Box 15369**
**Wilmington, DE 19850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    $8,956.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Credit Card**

---

| 4.9 5 | **JPMCB Card Services** | Last 4 digits of account number ___ ___ ___ ___ | $40,864.00 |

Nonpriority Creditor's Name
**PO Box 15369**
**Wilmington, DE 19850**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Credit Card**

---

| 4.9 6 | **Julie Ahn** | Last 4 digits of account number ___ ___ ___ ___ | $300.00 |

Nonpriority Creditor's Name
**6618 Morning View Court**
**Alexandria, VA 22315**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.9 7 | **Justin LeBlanc** | Last 4 digits of account number ___ ___ ___ ___ | $250.00 |

Nonpriority Creditor's Name
**115 St. Moritz Dr.**
**Tafton, PA 18464**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **StartEngine Investor.  Tomu Debt, no known guarantee**

| 4.9 8 | **Kasey Wertheim** | **Last 4 digits of account number** _____ | **$1,100.00** |

Nonpriority Creditor's Name
**401 Sandy Hollow Road**
**Bridgeport, WV 26330**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.9 9 | **Kevin McGowan** | **Last 4 digits of account number** _____ | **$500.00** |

Nonpriority Creditor's Name
**200 Farm Ln**
**Martinez, CA 94553**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 00 | **Kyle Istvanditsch** | **Last 4 digits of account number** _____ | **$1,549.00** |

Nonpriority Creditor's Name
**4508 Alverstone Pl**
**Lexington, KY 40515**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| | | |
|---|---|---|
| **4.1 01** | **Larry Ginesi** | **Last 4 digits of account number** _____ | **$2,500.00** |

Nonpriority Creditor's Name

**1620 Carneros Meadows Ln Ste 16**
**Sonoma, CA 95476**

Number Street City State Zip Code

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| **4.1 02** | **Larry Ginesi** | **Last 4 digits of account number** _____ | **$2,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1620 Carneros Meadows Ln Ste 16**
**Sonoma, CA 95476**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| **4.1 03** | **Lauren Hughes** | **Last 4 digits of account number** _____ | **$500.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**9443 Flowerden Lane**
**Manassas, VA 20110**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **StartEngine Investor.  Tomu Debt, no known guarantee**

| 4.1<br>04 | **Liam Millette** | | | Last 4 digits of account number _____ | | **$1,000.00** |

Nonpriority Creditor's Name
**54 Bishop Dr**
**Cumberland, RI 02864**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1<br>05 | **Lisa Cronk** | | | Last 4 digits of account number _____ | | **$250.00** |

Nonpriority Creditor's Name
**316 Hamilton St**
**Evanston, IL 60202**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1<br>06 | **Lucas Sharp and Chantra Malee** | | | Last 4 digits of account number _____ | | **$87,448.00** |

Nonpriority Creditor's Name
**17 Madrone Avenue**
**Woodacre, CA 94973**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
■ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Jr. Villa, $87,448 of $170,000 paid, construction about 10% complete.  Tomu Debt, no known guarantee**

---

| 4.1 07 | **Lucas Sharp and Chantra Malee** | Last 4 digits of account number _____ | $167,180.00 |

Nonpriority Creditor's Name
**17 Madrone Avenue**
**Woodacre, CA 94973**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **2 Bedroom, $167,180.00 of $325,000 paid, construction about 10% complete.  Tomu Debt, no known guarantee**

---

| 4.1 08 | **Maansi Viresh Doshi** | Last 4 digits of account number _____ | $1,000.00 |

Nonpriority Creditor's Name
**1409 La Salle Drive**
**Turlock, CA 95382**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 09 | **Mark Matson** | Last 4 digits of account number _____ | $500.00 |

Nonpriority Creditor's Name
**823 NE Failing**
**Portland, OR 97212**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 10 | | |
|---|---|---|

**Mark Meer**
Nonpriority Creditor's Name
**2845 Council Street**
**Los Angeles, CA 90026**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$3,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

| 4.1 11 | | |
|---|---|---|

**Mark Ray Bergthold**
Nonpriority Creditor's Name
**2515 NW Chapel Hill Drive**
**Woodland, WA 98674**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$2,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

| 4.1 12 | | |
|---|---|---|

**Mark Volkmann**
Nonpriority Creditor's Name
**656 Coleman Boulevard**
**Suite 705**
**Mount Pleasant, SC 29464**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

**Last 4 digits of account number** _____          **$343,675.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **2 Bedroom, $343,675.00 of $368,500.00 paid, about 40-50% complete.  Tomu Debt, no known guarantee**

| | |
|---|---|
| **4.1 13** | |

**Mark Volkmann**
Nonpriority Creditor's Name
**656 Coleman Boulevard**
**Suite 705**
**Mount Pleasant, SC 29464**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**Last 4 digits of account number** _____          **$292,136.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Four 1BR units, $292,136 of $940,000 paid, construction not started, approvals obtained.  Tomu Debt, no known guarantee**

---

| | |
|---|---|
| **4.1 14** | |

**Marteen Besteder**
Nonpriority Creditor's Name
**5016 Mission Boulevard**
**San Diego, CA 92109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$34,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Customer Deposit.  Tomu Debt, no known guarantee**

---

| | |
|---|---|
| **4.1 15** | |

**Matthew Kirn**
Nonpriority Creditor's Name
**3839 Farr Oak  Circle**
**Fairfax, VA 22030**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**Last 4 digits of account number** _____          **$241,491.60**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **2 Bedroom unit, $241,491.60 of $259,000 contract paid, unit about 90% complete.  Tomu Debt, no known guarantee**

---

| | | |
|---|---|---|
| **4.1** **16** | **Matthew Patrick Callahan** | **Last 4 digits of account number** _____ |

Nonpriority Creditor's Name
**9324 NE Levee Rd.**
**Portland, OR 97211**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**$250.00**

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| | | |
|---|---|---|
| **4.1** **17** | **Maurice Thompson** | **$250.00** |

Nonpriority Creditor's Name
**1301 North Stockton Street**
**Stockton, CA 95203**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| | | |
|---|---|---|
| **4.1** **18** | **MB Aparat** | **$3,254.70** |

Nonpriority Creditor's Name
**Vytenio st. 50-306**
**Contoocook, NH 03229**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt.  Tomu Debt, no known guarantee**

---

**4.1 19**

**Megan Schaefer**
Nonpriority Creditor's Name
**4 Steven Luke Ln**
**Friendswood, TX 77546**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          $1,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor. Tomu Debt, no known guarantee**

---

**4.1 20**

**Michael Baldacchino**
Nonpriority Creditor's Name
**26 Cypress Drive**
**Eustis, FL 32726**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          $1,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor. Tomu Debt, no known guarantee**

---

**4.1 21**

**Michael Hillebrand**
Nonpriority Creditor's Name
**16 Ledgewood Drive**
**Smithtown, NY 11787**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          $122,248.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Client claim, unit is ready to be picked up, debtor unable to deliver, client has paid $122,248.00. Tomu Debt, no known guarantee**

---

Debtor 1  **Christopher Shigeo Osaka**          Case number (if known) _____

---

<table>
<tr><td>4.1<br>22</td><td colspan="2"><strong>Michael Hillebrand</strong></td></tr>
</table>

**Michael Hillebrand**

Last 4 digits of account number _____          $500.00

Nonpriority Creditor's Name

**16 Ledgewood Dr**
**Smithtown, NY 11787**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                          ☐ Contingent

☐ Debtor 1 and Debtor 2 only             ☐ Unliquidated

■ At least one of the debtors and another    ■ Disputed

**☐ Check if this claim is for a community**     **Type of NONPRIORITY unsecured claim:**
**debt**                                      ☐ Student loans

**Is the claim subject to offset?**           ☐ Obligations arising out of a separation agreement or divorce that you did not
                                             report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify  **StartEngine Investor.  Tomu Debt, no**
                                             **known guarantee**

---

<table>
<tr><td>4.1<br>23</td></tr>
</table>

**Michael Paladino**

Last 4 digits of account number _____          $2,500.00

Nonpriority Creditor's Name

**2515 Peaceful Prairie Ct**
**Las Vegas, NV 89135**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                          ☐ Contingent

☐ Debtor 1 and Debtor 2 only             ☐ Unliquidated

■ At least one of the debtors and another    ■ Disputed

**☐ Check if this claim is for a community**     **Type of NONPRIORITY unsecured claim:**
**debt**                                      ☐ Student loans

**Is the claim subject to offset?**           ☐ Obligations arising out of a separation agreement or divorce that you did not
                                             report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify  **StartEngine Investor.  Tomu Debt, no**
                                             **known guarantee**

---

<table>
<tr><td>4.1<br>24</td></tr>
</table>

**Michael Robertson**

Last 4 digits of account number _____          $250.00

Nonpriority Creditor's Name

**4208 Morningside Cir**
**Great Falls, MT 59405**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                          ☐ Contingent

☐ Debtor 1 and Debtor 2 only             ☐ Unliquidated

■ At least one of the debtors and another    ■ Disputed

**☐ Check if this claim is for a community**     **Type of NONPRIORITY unsecured claim:**
**debt**                                      ☐ Student loans

**Is the claim subject to offset?**           ☐ Obligations arising out of a separation agreement or divorce that you did not
                                             report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify  **StartEngine Investor.  Tomu Debt, no**
                                             **known guarantee**

---

<table>
<tr><td>4.1<br>25</td><td></td></tr>
</table>

**Michelle Bertrand**
Nonpriority Creditor's Name
**2 Parker Drive**
**Hudson, NH 03051**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

<table>
<tr><td>4.1<br>26</td><td></td></tr>
</table>

**Michelle Bertrand**
Nonpriority Creditor's Name
**2 Parker Drive**
**Alto, GA 30510**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Tomu Debt, no known guarantee**

---

<table>
<tr><td>4.1<br>27</td><td></td></tr>
</table>

**Mimi Kress**
Nonpriority Creditor's Name
**6630 Marywood Road**
**Bethesda, MD 20817**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____     **$50,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Convertible Note.  Tomu Debt, no known guarantee**

| 4.1 28 | |
|---|---|

**Monette Balite-Lacap**
Nonpriority Creditor's Name
**6637  Salt Basin St**
**North Las Vegas, NV 89084**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$1,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor.  Tomu Debt, no known guarantee**

| 4.1 29 | |
|---|---|

**Natalie Cordes**
Nonpriority Creditor's Name
**135 West 82nd Street**
**Apt 5**
**New York, NY 10024**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$5,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt.  Tomu Debt, no known guarantee**

| 4.1 30 | |
|---|---|

**Natalie Cordes**
Nonpriority Creditor's Name
**135 W 82nd Street**
**5**
**New York, NY 10024**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor.  Tomu Debt, no known guarantee**

| | |
|---|---|
| **4.1**<br>**31** | |

**Neryo Davydov**                                      **Last 4 digits of account number** ___ ___ ___ ___                    **$698.91**

Nonpriority Creditor's Name
**400 NE 12th Ave #402**
**Hallandale, FL 33009**                              **When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ■ Disputed
■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community**          ☐ Student loans
**debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims
■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify   **StartEngine Investor.  Tomu Debt, no**
                                                                          **known guarantee**

---

| | |
|---|---|
| **4.1**<br>**32** | |

**New Heights Industrial Park, LLC**                  **Last 4 digits of account number** ___ ___ ___ ___                    **Unknown**

Nonpriority Creditor's Name
**c/o The Bluestone Group,**
**225 Broadway, 32nd Floor**
**New York, NY 10007**                                **When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community**          ☐ Student loans
**debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims
■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                 ■ Other. Specify   **Rent arrearages.  Tomu Debt, no known**
                                                                          **guarantee**

---

| | |
|---|---|
| **4.1**<br>**33** | |

**NKN Big Lost River, LLC**                           **Last 4 digits of account number** ___ ___ ___ ___                    **$64,439.20**

Nonpriority Creditor's Name
**Attn: Stepanie Perenchio**
**PO Box 90 PMB 408**
**Sun Valley, ID 83353**                              **When was the debt incurred?** _____

Number Street City State Zip Code
**Who incurred the debt?** Check one.                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                       ■ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community**          ☐ Student loans
**debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims
☐ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ Yes                                                 ■ Other. Specify   **StudioV1.0; $64,439.20 of $155,500 paid.**
                                                                          **Tomu Debt, no known guarantee**

---

Debtor 1    **Christopher Shigeo Osaka**                     Case number (if known) _____

**NKN Big Lost River, LLC**                    Last 4 digits of account number _____    **$0.00**
Nonpriority Creditor's Name
**Attn: Stepanie Perenchio**                   When was the debt incurred? _____
**PO Box 90 PMB 408**
**Sun Valley, ID 83353**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                ■ Contingent
☐ Debtor 2 only                                ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ■ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
☐ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes                                          ■ Other. Specify  **1 Bedroom; $103,392.80 of $249,500.00**
                                               **paid.  Tomu Debt, no known guarantee**

---

**Offsight Inc.**                              Last 4 digits of account number _____    **$2,757.00**
Nonpriority Creditor's Name
**440 N BARRANCA AVE #8018**                    When was the debt incurred? _____
**Covina, CA 91723**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ■ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify  **Business debt.  Tomu Debt, no known**
                                               **guarantee**

---

**Patricia Anne Slagle**                       Last 4 digits of account number _____    **$250.00**
Nonpriority Creditor's Name
**2457 Five Shillings Rd**                      When was the debt incurred? _____
**Frederick, MD 21701**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ■ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ■ Other. Specify  **StartEngine Investor.  Tomu Debt, no**
                                               **known guarantee**

---

| 4.1 37 | | |
|---|---|---|

**Paul Voss**
Nonpriority Creditor's Name
**6435 Woodland Ferry Rd**
**Seaford, DE 19973**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 38 | | |
|---|---|---|

**Penny Tiglias**
Nonpriority Creditor's Name
**75 Thayer Rd**
**Manhasset, NY 11030**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$2,500.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 39 | | |
|---|---|---|

**Pillar One Consulting LLC**
Nonpriority Creditor's Name
**227 Armstrong Place**
**Gaithersburg, MD 20878**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$17,500.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt.  Tomu Debt, no known guarantee**

| 4.1<br>40 | **PJ's Roofing, Inc.** | Last 4 digits of account number _____ | **$54,800.00** |

Nonpriority Creditor's Name
**103 Bosc Court**
**Thurmont, MD 21788**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Labor/ materials.  Tomu Debt, no known guarantee**

---

| 4.1<br>41 | **R.J. Lock & Security** | Last 4 digits of account number _____ | **$175.00** |

Nonpriority Creditor's Name
**1101 Jefferson Boulevard**
**Hagerstown, MD 21742**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt.  Tomu Debt, no known guarantee**

---

| 4.1<br>42 | **Ravikanth Darbha** | Last 4 digits of account number _____ | **$250.00** |

Nonpriority Creditor's Name
**1412 Sierra Glen Circle**
**Apex, NC 27502**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

Debtor 1　**Christopher Shigeo Osaka**　　　　　　　Case number *(if known)*　_____

---

| 4.1 43 | **Richard Bronstein** | Last 4 digits of account number _____ | **$1,495.26** |

**Richard Bronstein**
Nonpriority Creditor's Name
**1837 Ridgeview Dr**
**Allentown, PA 18104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 44 | **Rick Jones Electric, LLC** | Last 4 digits of account number _____ | **$89,310.34** |

**Rick Jones Electric, LLC**
Nonpriority Creditor's Name
**8790 Rosehaven Lane**
**Frederick, MD 21701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Labor/ Material.  Tomu Debt, no known guarantee**

---

| 4.1 45 | **Rick Jones Electric, LLC** | Last 4 digits of account number _____ | **$48,500.00** |

**Rick Jones Electric, LLC**
Nonpriority Creditor's Name
**8790 Rosehaven Lane**
**Frederick, MD 21701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Convertible Note.  Tomu Debt, no known guarantee**

---

| 4.1 46 | **Rimini Holdings Series, LLC** | Last 4 digits of account number _____ | $132,000.00 |

Nonpriority Creditor's Name
**c/o Marco Govoni**
**17308 Stedman Drive**
**Dallas, TX 75252**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

■ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Customer arbitration demand, Studio V1.0 unit, S132,000 of $145,000 contract paid. Unit about 80% complete.  Tomu Debt, no known guarantee**

---

| 4.1 47 | **Roderick Herron** | Last 4 digits of account number _____ | $250.00 |

Nonpriority Creditor's Name
**20236 Executive Drive**
**Tanner, AL 35671**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 48 | **Rodriguez Wright** | Last 4 digits of account number _____ | $1,430.00 |

Nonpriority Creditor's Name
**1390 North McDowell Boulevard**
**Suite G, 324**
**Petaluma, CA 94954**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt.  Tomu Debt, no known guarantee**

---

| | |
|---|---|
| **4.1 49** | |

**Roman Smolevskiy**
Nonpriority Creditor's Name
**8634 Marsh Creek Ct**
**Roseville, CA 95747**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$1,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| | |
|---|---|
| **4.1 50** | |

**Ronald Mathew Abel**
Nonpriority Creditor's Name
**510 Mt Dell Dr**
**Clayton, CA 94517**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| | |
|---|---|
| **4.1 51** | |

**Rusne Kuzmickas**
Nonpriority Creditor's Name
**57 N St NW**
**Washington, DC 20001**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$25,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

Debtor 1   **Christopher Shigeo Osaka**                     Case number (if known) _____

| 4.1 52 | **Ruta Kuzmickas** | **Last 4 digits of account number** _____ | **$250.00** |

Nonpriority Creditor's Name
**2215 NE 18th Ave**
**Portland, OR 97212**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 53 | **Sachie Tani Kohlman** | **Last 4 digits of account number** _____ | **$250.00** |

Nonpriority Creditor's Name
**726 Dennis Ave**
**Silver Spring, MD 20901**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 54 | **Saltavore Scanio** | **Last 4 digits of account number** _____ | **$250.00** |

Nonpriority Creditor's Name
**688 Lake Varuna Mews**
**Gaithersburg, MD 20878**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Startengine Investor.  Tomu Debt, no known guarantee**

| 4.1 55 | **Sean Gill** | **Last 4 digits of account number** _____ | **$2,500.00** |

Nonpriority Creditor's Name
**80 Birch Hill Road**
**Stow, MA 01775**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 56 | **Sean Lynch** | **Last 4 digits of account number** _____ | **$250.00** |

Nonpriority Creditor's Name
**6 Lyric Arbor Circle**
**Spring, TX 77381**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 57 | **Shabnam Ahmed** | **Last 4 digits of account number** _____ | **$250.00** |

Nonpriority Creditor's Name
**6800 Willow Creek Road**
**Bowie, MD 20720**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| | | |
|---|---|---|
| **4.1 58** | **Sharad Swami** | **$500.00** |

**Sharad Swami**
Nonpriority Creditor's Name
**12282 Lazio Ln**
**Frisco, TX 75035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| | | |
|---|---|---|
| **4.1 59** | **Shawley's LP Gas** | **$85.52** |

**Shawley's LP Gas**
Nonpriority Creditor's Name
**18034 Shawley Drive**
**Hagerstown, MD 21740**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 4649

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt.  Tomu Debt, no known guarantee**

---

| | | |
|---|---|---|
| **4.1 60** | **Shawna Dryden** | **$250.00** |

**Shawna Dryden**
Nonpriority Creditor's Name
**1814 Mallow Street**
**Grovetown, GA 30813**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

Debtor 1    **Christopher Shigeo Osaka**                          Case number (if known) _____

<table>
<tr><td>4.1<br>61</td><td></td></tr>
</table>

**Simon Kelner**                                    **Last 4 digits of account number** _____     $500.00

Nonpriority Creditor's Name
**315 Kimball Ave**                                 **When was the debt incurred?** _____
**Westfield, NJ 07090**

Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ■ Disputed

■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community          ☐ Student loans
debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify  **StartEngine Investor.  Tomu Debt, no
                                                                       known guarantee**

---

<table>
<tr><td>4.1<br>62</td><td></td></tr>
</table>

**Soo Choi**                                        **Last 4 digits of account number** _____     $1,000.00

Nonpriority Creditor's Name
**5712 Winner Ave**                                 **When was the debt incurred?** _____
**Baltimore, MD 21215**

Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ■ Disputed

■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community          ☐ Student loans
debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify  **StartEngine Investor.  Tomu Debt, no
                                                                       known guarantee**

---

<table>
<tr><td>4.1<br>63</td><td></td></tr>
</table>

**Spark Root Development LLC**                      **Last 4 digits of account number** _____     $218,317.20

Nonpriority Creditor's Name
**c/o Sunil Lavani**                                **When was the debt incurred?** _____
**6700 Bridge Hill COve**
**Austin, TX 78746**

Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                     ■ Contingent

☐ Debtor 2 only                                     ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ■ Disputed

■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community          ☐ Student loans
debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

☐ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                    **4 Junior Villas; $218,317.20 of $352,000
                                                    paid, appx 10% complete.  Tomu Debt, no
■ Yes                                               ■ Other. Specify  known guarantee**

---

| | | |
|---|---|---|
| **4.1 64** | **Spark Root Development LLC** | Last 4 digits of account number _____ **$99,456.00** |

Nonpriority Creditor's Name
**c/o Sunil Lavani**
**6700 Bridge Hill COve**
**Austin, TX 78746**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **2 Junior Villas, $99,456.00 of $160,000 paid. Tomu Debt, no known guarantee**

---

| | | |
|---|---|---|
| **4.1 65** | **Spartan Forest Products** | Last 4 digits of account number _____ **$7,387.74** |

Nonpriority Creditor's Name
**335 North Constitution Avenue**
**New Freedom, PA 17349**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt. Tomu Debt, no known guarantee**

---

| | | |
|---|---|---|
| **4.1 66** | **SPARTAN SURFACES** | Last 4 digits of account number _____ **$13,809.68** |

Nonpriority Creditor's Name
**SPARTAN SURFACES**
**PO BOX 69261**
**Baltimore, MD 21264-9261**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt. Tomu Debt, no known guarantee**

---

| 4.1 67 | **Stanley Willis** | Last 4 digits of account number _____ | **$1,500.00** |

**Stanley Willis**
Nonpriority Creditor's Name
**2558 Shinnecock Ct**
**Murfreesboro, TN 37127**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 68 | **Stanley Willis** | Last 4 digits of account number _____ | **$266.00** |

**Stanley Willis**
Nonpriority Creditor's Name
**2558 Shinnecock Ct**
**Murfreesboro, TN 37127**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 69 | **Stanley Willis** | Last 4 digits of account number _____ | **$250.00** |

**Stanley Willis**
Nonpriority Creditor's Name
**2558 Shinnecock Ct**
**Murfreesboro, TN 37127**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

| 4.1 70 | **Stein Sperling** | **Last 4 digits of account number** _____ | **$413.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1101 Wootton Parkway**
**Suite 700**
**Rockville, MD 20852**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt. Tomu Debt, no known guarantee**

---

| 4.1 71 | **Steven DeSouza** | **Last 4 digits of account number** _____ | **$1,500.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1111 South Atlantic Street**
**Seattle, WA 98134**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **StartEngine Investor. Tomu Debt, no known guarantee**

---

| 4.1 72 | **Stuart Forbes** | **Last 4 digits of account number** _____ | **$1,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**211 Crosswind Drive**
**Waxahachie, TX 75167**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **StartEngine Investor. Tomu Debt, no known guarantee**

---

| | |
|---|---|
| **4.1 73** | |

**Susan Deehan Slagle**
Nonpriority Creditor's Name
**2022 Rosemont Ave**
**Frederick, MD 21702**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                **$250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| | |
|---|---|
| **4.1 74** | |

**TargetPath**
Nonpriority Creditor's Name
**9375 SW Commerce Circle, Ste 7**
**Wilsonville, OR 97070**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                **$5,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt.  Tomu Debt, no known guarantee**

---

| | |
|---|---|
| **4.1 75** | |

**TD Bank**
Nonpriority Creditor's Name
**1701 Route 70 East**
**Cherry Hill, NJ 08034**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                **$25,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **LOC.  Tomu Debt, known guarantee**

---

**4.1 76**

**Temperature Matters LLC**
Nonpriority Creditor's Name
**308 West 8th Street**
**Waynesboro, PA 17268**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **$9,225.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt.  Tomu Debt, no known guarantee**

---

**4.1 77**

**Texas Department of Licensing and Regula**
Nonpriority Creditor's Name
**P. O. Box 12157**
**Austin, TX 78711**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **$750.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt.  Tomu Debt, no known guarantee**

---

**4.1 78**

**Thomas Mueller**
Nonpriority Creditor's Name
**9571 Crestwood Lane**
**Anaheim, CA 92804**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **$500.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

| 4.1 79 | | | |
|---|---|---|---|

**Thong Tran**
Nonpriority Creditor's Name
**910 M Street NW**
**704**
**Washington, DC 20001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                     **$1,075.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 80 | | | |
|---|---|---|---|

**Thos. Somerville Co.**
Nonpriority Creditor's Name
**16155 Trade Zone Ave**
**Upper Marlboro, MD 20774**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                     **$503.89**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt.  Tomu Debt, no known guarantee**

---

| 4.1 81 | | | |
|---|---|---|---|

**Tom Hillsten**
Nonpriority Creditor's Name
**367 18th St SE**
**Cedar Rapids, IA 52403**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                     **$250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 82 | | |
|---|---|---|

**Travis James Berrian**

Nonpriority Creditor's Name

**5306 se 17th ave**
**Portland, OR 97202**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 83 | | |
|---|---|---|

**Tyler Charles**

Nonpriority Creditor's Name

**160616 Dublin Road**
**Walkersville, MD 21793**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$20,780.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Commission.  Tomu Debt, no known guarantee**

---

| 4.1 84 | | |
|---|---|---|

**Venkat rengaramani Gokuladoss**

Nonpriority Creditor's Name

**828 Terrastone Pl**
**Cary, NC 27519**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$300.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **StartEngine Investor.  Tomu Debt, no known guarantee**

| | |
|---|---|
| 4.1 85 | |

**Vilija Kuzmickas**
Nonpriority Creditor's Name
**301 1st Ave New York**
**Washington, DC 20001**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$250.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| | |
|---|---|
| 4.1 86 | |

**Vinaykumar Bagam**
Nonpriority Creditor's Name
**15 Colonial Dr**
**Goshen, NY 10924**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$2,350.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| | |
|---|---|
| 4.1 87 | |

**VLMK Engineering & Design**
Nonpriority Creditor's Name
**3933 South Kelly Avenue**
**Portland, OR 97239**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$28,613.81**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt.  Tomu Debt, no known guarantee**

Debtor 1    **Christopher Shigeo Osaka**                                     Case number (if known) _____

---

**4.1 88**

**VLP Law Group**                                          Last 4 digits of account number _____        **$4,120.00**
Nonpriority Creditor's Name
**446 Old County Road Suite 100-114**                      When was the debt incurred? _____
**Pacifica, CA 94044**
Number Street City State Zip Code                          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed
■ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**              ☐ Student loans
**debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify   **Business debt.  Tomu Debt, no known guarantee**

---

**4.1 89**

**Wells Fargo**                                            Last 4 digits of account number   **7465** _____        **$9,353.42**
Nonpriority Creditor's Name
**Wells Fargo SBL PO Box 29482**                          When was the debt incurred? _____
**Phoenix, AZ 85038-8650**
Number Street City State Zip Code                          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed
■ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**              ☐ Student loans
**debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify   **Credit card.  Tomu Debt, known guarantee**

---

**4.1 90**

**William Mullane**                                        Last 4 digits of account number _____        **$500.00**
Nonpriority Creditor's Name
**151 W 7th St**                                           When was the debt incurred? _____
**Apt 508**
**Cincinnati, OH 45202**
Number Street City State Zip Code                          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ■ Disputed
■ At least one of the debtors and another                 **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**              ☐ Student loans
**debt**
                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify   **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| 4.1 91 | **William Sturm** | Last 4 digits of account number _____ | $30,044.00 |

Nonpriority Creditor's Name
**24540 North Elm Road**
**Lake Forest, IL 60045**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Customer Deposit.  Tomu Debt, no known guarantee**

---

| 4.1 92 | **Yuri Ohno** | Last 4 digits of account number _____ | $10,000.00 |

Nonpriority Creditor's Name
**1200 Main Street**
**102**
**Trout Lake, WA 98650**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **StartEngine Investor.  Tomu Debt, no known guarantee**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Brian M. Maul**
**Law Office of Brian M. Maul, LLC**
**47 East South Street**
**Suite 401**
**Frederick, MD 21701**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.146** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name and Address
**Eileen O'Brien**
**Bramnick Creed**
**4550 Montgomery Avenue Suite 760N**
**Bethesda, MD 20814**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.87** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name and Address
**Jacob Weddle**
**Remus, Weddle & Cavenee, LLC**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

| Debtor 1 | **Christopher Shigeo Osaka** | Case number (if known) | |
|---|---|---|---|

**18 West Church Street**
**Frederick, MD 21701**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Jacob Weddle** | Line **4.140** of (Check one): |
| **Remus, Weddle & Cavenee, LLC** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **18 West Church Street** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Frederick, MD 21701** | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Jacob Weddle** | Line **4.144** of (Check one): |
| **Remus, Weddle & Cavenee, LLC** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **18 West Church Street** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Frederick, MD 21701** | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **James Stone** | Line **4.75** of (Check one): |
| **Kane & Stone, P.A.** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **28 West Washington Street** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **3rd Floor** | |
| **Hagerstown, MD 21740** | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Laurence Schor, Esq. et al.** | Line **4.1** of (Check one): |
| **Asmar Schor & McKenna PLLC** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **5335 Wisconsin Ave NW Suite 950** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Washington, DC 20015** | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Lexington Realty International** | Line **4.132** of (Check one): |
| **911 East County Line Road # 206** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Lakewood, NJ 08701** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Neuberger, Quinn, Gielen, Rubin &** | Line **4.132** of (Check one): |
| **Gibber** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **1 South Street, 27th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Attn: Isaac M. Neuberger, Esq.** | |
| **Baltimore, MD 21202** | |
| Last 4 digits of account number | |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **William C. Wantz, Esq.** | Line **4.121** of (Check one): |
| **123 West Washington Street** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Hagerstown, MD 21740** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 63,519.96 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 63,519.96 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 4,568,784.45 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 4,568,784.45 |

Debtor 1          **Christopher Shigeo Osaka**
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number
(if known)          _____

☐ Check if this is an
  amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br><br> Number    Street <br><br> City          State          ZIP Code | |
| **2.2** <br> Name <br><br> Number    Street <br><br> City          State          ZIP Code | |
| **2.3** <br> Name <br><br> Number    Street <br><br> City          State          ZIP Code | |
| **2.4** <br> Name <br><br> Number    Street <br><br> City          State          ZIP Code | |
| **2.5** <br> Name <br><br> Number    Street <br><br> City          State          ZIP Code | |

Debtor 1        **Christopher Shigeo Osaka**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106H
**Schedule H: Your Codebtors**                                          **12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Tomu, Inc.**<br>57 N St NW # 120<br>Washington, DC 20001 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**8150 Properties, Inc.** |
| 3.2   **Tomu, Inc.**<br>57 N St NW # 120<br>Washington, DC 20001 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**84 Lumber** |
| 3.3   **Tomu, Inc.**<br>57 N St NW # 120<br>Washington, DC 20001 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**Aaron & Jennifer St. Pierre** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.4**__<br>☐ Schedule G _____<br>**Agna Guden** |
| 3.5 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.5**__<br>☐ Schedule G _____<br>**Aiste Cechaviciute** |
| 3.6 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.6**__<br>☐ Schedule G _____<br>**Aiste K Guden** |
| 3.7 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.7**__<br>☐ Schedule G _____<br>**Alexander Young** |
| 3.8 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.8**__<br>☐ Schedule G _____<br>**almuruna farada trust** |
| 3.9 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.10**__<br>☐ Schedule G _____<br>**Anna Marie Charles** |
| 3.10 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.11**__<br>☐ Schedule G _____<br>**Annette Yvonne Johnson** |
| 3.11 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.12**__<br>☐ Schedule G _____<br>**Antonio San Martin** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.12 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.14___
☐ Schedule G _____
**Arminas Wagner**

3.13 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.15___
☐ Schedule G _____
**ATINUKE ABIJO**

3.14 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.17___
☐ Schedule G _____
**baris guler**

3.15 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.18___
☐ Schedule G _____
**Bedrosians Tile & Stone**

3.16 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.19___
☐ Schedule G _____
**Benjamin Droz**

3.17 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.20___
☐ Schedule G _____
**BFS Operations, LLC. (TW Perry)**

3.18 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.21___
☐ Schedule G _____
**Brad Gleeson**

3.19 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.22___
☐ Schedule G _____
**Brady Rall**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.23**<br>☐ Schedule G _____<br>**Brenda Okoth** |
| 3.21   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.24**<br>☐ Schedule G _____<br>**Brigit Cheshire** |
| 3.22   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.25**<br>☐ Schedule G _____<br>**Bryan Grudowski** |
| 3.23   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ■ Schedule D, line   **2.2**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Capital Bank, N.A.** |
| 3.24   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.26**<br>☐ Schedule G _____<br>**Capital Bank, N.A.** |
| 3.25   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.27**<br>☐ Schedule G _____<br>**Capital Electric** |
| 3.26   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.29**<br>☐ Schedule G _____<br>**CARTER LUMBER** |
| 3.27   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.30**<br>☐ Schedule G _____<br>**Castaway Plumbing, Inc.** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.28 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.31**__
☐ Schedule G _____
**Cechavicius Family Living Trust**

---

3.29 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.32**__
☐ Schedule G _____
**Charles Megwa**

---

3.30 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.33**__
☐ Schedule G _____
**Charles Moore**

---

3.31 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.34**__
☐ Schedule G _____
**Chase**

---

3.32 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.35**__
☐ Schedule G _____
**Chase**

---

3.33 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.36**__
☐ Schedule G _____
**Cheryle R Muckey**

---

3.34 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.37**__
☐ Schedule G _____
**Christopher Andrew Wan**

---

3.35 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.38**__
☐ Schedule G _____
**Christopher Bouthilette**

▰ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

---

3.36   **Tomu, Inc.**
      **57 N St NW # 120**
      **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.39**__
☐ Schedule G _____
**Christopher Davis**

---

3.37   **Tomu, Inc.**
      **57 N St NW # 120**
      **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.40**__
☐ Schedule G _____
**CLARIAN COUNSEL**

---

3.38   **Tomu, Inc.**
      **57 N St NW # 120**
      **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.41**__
☐ Schedule G _____
**Cody Heisinger**

---

3.39   **Tomu, Inc.**
      **57 N St NW # 120**
      **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.42**__
☐ Schedule G _____
**Cody Heisinger**

---

3.40   **Tomu, Inc.**
      **57 N St NW # 120**
      **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.43**__
☐ Schedule G _____
**Cody Heisinger**

---

3.41   **Tomu, Inc.**
      **57 N St NW # 120**
      **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.44**__
☐ Schedule G _____
**Cody James Patterson**

---

3.42   **Tomu, Inc.**
      **57 N St NW # 120**
      **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.45**__
☐ Schedule G _____
**Comfort Design Inc.**

---

3.43   **Tomu, Inc.**
      **57 N St NW # 120**
      **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**2.1**__
☐ Schedule G _____
**Comptroller of Maryland**

---

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.44 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.46**___<br>☐ Schedule G _____<br>**Craig F Pfannenstiehl** |
| 3.45 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.47**___<br>☐ Schedule G _____<br>**Daina Kuzmickas** |
| 3.46 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.48**___<br>☐ Schedule G _____<br>**Daniel Hagen** |
| 3.47 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.49**___<br>☐ Schedule G _____<br>**Daniel Theo- Gonzalez** |
| 3.48 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.50**___<br>☐ Schedule G _____<br>**David Glen Carpenter** |
| 3.49 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.51**___<br>☐ Schedule G _____<br>**Dawn Blessing** |
| 3.50 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.52**___<br>☐ Schedule G _____<br>**Dawn Wetterhahn** |
| 3.51 **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.53**___<br>☐ Schedule G _____<br>**DeLeon & Stang CPAs and Advisors** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.52 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.54**___
☐ Schedule G _____
**Demetria Larsen**

3.53 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.55**___
☐ Schedule G _____
**Devin Lovgren**

3.54 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.57**___
☐ Schedule G _____
**Douglas J Muckey**

3.55 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.58**___
☐ Schedule G _____
**Douglas J Muckey**

3.56 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.59**___
☐ Schedule G _____
**Duane Jones**

3.57 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.60**___
☐ Schedule G _____
**Edward Medlock**

3.58 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.61**___
☐ Schedule G _____
**Edward Medlock**

3.59 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.62**___
☐ Schedule G _____
**Edward Uhler**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

3.60  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.63**__
☐ Schedule G _____
**Eleanor Wynn**

3.61  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.64**__
☐ Schedule G _____
**Elizabeth Hartley**

3.62  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.65**__
☐ Schedule G _____
**Emily Strong**

3.63  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.66**__
☐ Schedule G _____
**Farbod Farzan**

3.64  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.67**__
☐ Schedule G _____
**Fastenal Company**

3.65  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.68**__
☐ Schedule G _____
**Gintare Dailey**

3.66  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.69**__
☐ Schedule G _____
**Gisela PerezGonzalez**

3.67  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.70**__
☐ Schedule G _____
**Gloria Su**

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.68   **Tomu, Inc.**<br>     **57 N St NW # 120**<br>     **Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.71**<br>☐ Schedule G _____<br>**Gordon Electric Supply, Inc.** |
| 3.69   **Tomu, Inc.**<br>     **57 N St NW # 120**<br>     **Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.72**<br>☐ Schedule G _____<br>**Gordon Lee Osaka** |
| 3.70   **Tomu, Inc.**<br>     **57 N St NW # 120**<br>     **Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.73**<br>☐ Schedule G _____<br>**Greg Sloan** |
| 3.71   **Tomu, Inc.**<br>     **57 N St NW # 120**<br>     **Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.74**<br>☐ Schedule G _____<br>**Hagerstown Kitchens, Inc.** |
| 3.72   **Tomu, Inc.**<br>     **57 N St NW # 120**<br>     **Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.75**<br>☐ Schedule G _____<br>**Hagerstown Paint & Glass Co., Inc.** |
| 3.73   **Tomu, Inc.**<br>     **57 N St NW # 120**<br>     **Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.76**<br>☐ Schedule G _____<br>**Hampton Inn - Hagerstown I-81 HGRMG** |
| 3.74   **Tomu, Inc.**<br>     **57 N St NW # 120**<br>     **Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.77**<br>☐ Schedule G _____<br>**Hicksville Planing Mill** |
| 3.75   **Tomu, Inc.**<br>     **57 N St NW # 120**<br>     **Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.78**<br>☐ Schedule G _____<br>**Hipolito Catarino** |

███   **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.76  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.79__
☐ Schedule G _____
**Hood Industries, Inc.**

---

3.77  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.80__
☐ Schedule G _____
**ICC NTA LLC**

---

3.78  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.81__
☐ Schedule G _____
**Igor Stankevic**

---

3.79  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.82__
☐ Schedule G _____
**Immerse Stays MT LLC**

---

3.80  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.83__
☐ Schedule G _____
**Innovative Rock and Water Inc.**

---

3.81  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __2.2__
☐ Schedule G _____
**Internal Revenue Service**

---

3.82  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.84__
☐ Schedule G _____
**Jacent Davis**

---

3.83  **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.85__
☐ Schedule G _____
**Jeffry Mercado**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.84   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.86**
☐ Schedule G _____
**Jimmie Reives**

---

3.85   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.87**
☐ Schedule G _____
**John Foss and Scott Barsin**

---

3.86   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.88**
☐ Schedule G _____
**John Nevin**

---

3.87   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.89**
☐ Schedule G _____
**Jonathan Charles**

---

3.88   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.90**
☐ Schedule G _____
**Jonathan Charles**

---

3.89   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.91**
☐ Schedule G _____
**Joseph Champlin**

---

3.90   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.92**
☐ Schedule G _____
**Josiah Barnes**

---

3.91   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.93**
☐ Schedule G _____
**Josiah Barnes**

---

■ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.92 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.96**__
☐ Schedule G _____
**Julie Ahn**

3.93 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.97**__
☐ Schedule G _____
**Justin LeBlanc**

3.94 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.98**__
☐ Schedule G _____
**Kasey Wertheim**

3.95 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.99**__
☐ Schedule G _____
**Kevin McGowan**

3.96 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.100**__
☐ Schedule G _____
**Kyle Istvanditsch**

3.97 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.101**__
☐ Schedule G _____
**Larry Ginesi**

3.98 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.102**__
☐ Schedule G _____
**Larry Ginesi**

3.99 **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.103**__
☐ Schedule G _____
**Lauren Hughes**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.10 **Tomu, Inc.**
0    **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.104___
☐ Schedule G
**Liam Millette**

3.10 **Tomu, Inc.**
1    **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.105___
☐ Schedule G
**Lisa Cronk**

3.10 **Tomu, Inc.**
2    **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.106___
☐ Schedule G
**Lucas Sharp and Chantra Malee**

3.10 **Tomu, Inc.**
3    **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.107___
☐ Schedule G
**Lucas Sharp and Chantra Malee**

3.10 **Tomu, Inc.**
4    **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.108___
☐ Schedule G
**Maansi Viresh Doshi**

3.10 **Tomu, Inc.**
5    **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.109___
☐ Schedule G
**Mark Matson**

3.10 **Tomu, Inc.**
6    **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.110___
☐ Schedule G
**Mark Meer**

3.10 **Tomu, Inc.**
7    **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.111___
☐ Schedule G
**Mark Ray Bergthold**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.10<br>8   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.112**__<br>☐ Schedule G _____<br>**Mark Volkmann**

---

3.10<br>9   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.113**__<br>☐ Schedule G _____<br>**Mark Volkmann**

---

3.11<br>0   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.114**__<br>☐ Schedule G _____<br>**Marteen Besteder**

---

3.11<br>1   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.115**__<br>☐ Schedule G _____<br>**Matthew Kirn**

---

3.11<br>2   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.116**__<br>☐ Schedule G _____<br>**Matthew Patrick Callahan**

---

3.11<br>3   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.117**__<br>☐ Schedule G _____<br>**Maurice Thompson**

---

3.11<br>4   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.118**__<br>☐ Schedule G _____<br>**MB Aparat**

---

3.11<br>5   **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.119**__<br>☐ Schedule G _____<br>**Megan Schaefer**

| ▉ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.11
6

**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.120**___
☐ Schedule G _____
**Michael Baldacchino**

---

3.11
7

**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.121**___
☐ Schedule G _____
**Michael Hillebrand**

---

3.11
8

**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.122**___
☐ Schedule G _____
**Michael Hillebrand**

---

3.11
9

**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.123**___
☐ Schedule G _____
**Michael Paladino**

---

3.12
0

**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.124**___
☐ Schedule G _____
**Michael Robertson**

---

3.12
1

**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.125**___
☐ Schedule G _____
**Michelle Bertrand**

---

3.12
2

**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.126**___
☐ Schedule G _____
**Michelle Bertrand**

---

3.12
3

**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.127**___
☐ Schedule G _____
**Mimi Kress**

---

| | |
|---|---|
| ▄▄▄ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12<br>4 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.128**__<br>☐ Schedule G _____<br>**Monette Balite-Lacap** |
| 3.12<br>5 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.129**__<br>☐ Schedule G _____<br>**Natalie Cordes** |
| 3.12<br>6 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.130**__<br>☐ Schedule G _____<br>**Natalie Cordes** |
| 3.12<br>7 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.131**__<br>☐ Schedule G _____<br>**Neryo Davydov** |
| 3.12<br>8 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.132**__<br>☐ Schedule G _____<br>**New Heights Industrial Park, LLC** |
| 3.12<br>9 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.133**__<br>☐ Schedule G _____<br>**NKN Big Lost River, LLC** |
| 3.13<br>0 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.134**__<br>☐ Schedule G _____<br>**NKN Big Lost River, LLC** |
| 3.13<br>1 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.135**__<br>☐ Schedule G _____<br>**Offsight Inc.** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.13
2   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.136__
☐ Schedule G _____
**Patricia Anne Slagle**

---

3.13
3   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.137__
☐ Schedule G _____
**Paul Voss**

---

3.13
4   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.138__
☐ Schedule G _____
**Penny Tiglias**

---

3.13
5   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.139__
☐ Schedule G _____
**Pillar One Consulting LLC**

---

3.13
6   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.140__
☐ Schedule G _____
**PJ's Roofing, Inc.**

---

3.13
7   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.141__
☐ Schedule G _____
**R.J. Lock & Security**

---

3.13
8   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.142__
☐ Schedule G _____
**Ravikanth Darbha**

---

3.13
9   **Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.143__
☐ Schedule G _____
**Richard Bronstein**

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.14
0
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.144**__
☐ Schedule G _____
**Rick Jones Electric, LLC**

---

3.14
1
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.145**__
☐ Schedule G _____
**Rick Jones Electric, LLC**

---

3.14
2
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.146**__
☐ Schedule G _____
**Rimini Holdings Series, LLC**

---

3.14
3
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.147**__
☐ Schedule G _____
**Roderick Herron**

---

3.14
4
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.148**__
☐ Schedule G _____
**Rodriguez Wright**

---

3.14
5
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.149**__
☐ Schedule G _____
**Roman Smolevskiy**

---

3.14
6
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.150**__
☐ Schedule G _____
**Ronald Mathew Abel**

---

3.14
7
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.151**__
☐ Schedule G _____
**Rusne Kuzmickas**

---

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.14<br>8 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.152**__
☐ Schedule G _____
**Ruta Kuzmickas**

---

3.14<br>9 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.153**__
☐ Schedule G _____
**Sachie Tani Kohlman**

---

3.15<br>0 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.154**__
☐ Schedule G _____
**Saltavore Scanio**

---

3.15<br>1 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.155**__
☐ Schedule G _____
**Sean Gill**

---

3.15<br>2 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.156**__
☐ Schedule G _____
**Sean Lynch**

---

3.15<br>3 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.157**__
☐ Schedule G _____
**Shabnam Ahmed**

---

3.15<br>4 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.158**__
☐ Schedule G _____
**Sharad Swami**

---

3.15<br>5 | **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.159**__
☐ Schedule G _____
**Shawley's LP Gas**

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.15
6
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.160__
☐ Schedule G _____
**Shawna Dryden**

3.15
7
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.161__
☐ Schedule G _____
**Simon Kelner**

3.15
8
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.162__
☐ Schedule G _____
**Soo Choi**

3.15
9
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.163__
☐ Schedule G _____
**Spark Root Development LLC**

3.16
0
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.164__
☐ Schedule G _____
**Spark Root Development LLC**

3.16
1
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.165__
☐ Schedule G _____
**Spartan Forest Products**

3.16
2
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.166__
☐ Schedule G _____
**SPARTAN SURFACES**

3.16
3
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.167__
☐ Schedule G _____
**Stanley Willis**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.16
4
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.168__
☐ Schedule G
**Stanley Willis**

---

3.16
5
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.169__
☐ Schedule G
**Stanley Willis**

---

3.16
6
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.170__
☐ Schedule G
**Stein Sperling**

---

3.16
7
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.171__
☐ Schedule G
**Steven DeSouza**

---

3.16
8
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.172__
☐ Schedule G
**Stuart Forbes**

---

3.16
9
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.173__
☐ Schedule G
**Susan Deehan Slagle**

---

3.17
0
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.174__
☐ Schedule G
**TargetPath**

---

3.17
1
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line __4.175__
☐ Schedule G
**TD Bank**

---

████    **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.17
2    **Tomu, Inc.**
     **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.176**___
☐ Schedule G _____
**Temperature Matters LLC**

---

3.17
3    **Tomu, Inc.**
     **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.177**___
☐ Schedule G _____
**Texas Department of Licensing and Regula**

---

3.17
4    **Tomu, Inc.**
     **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.178**___
☐ Schedule G _____
**Thomas Mueller**

---

3.17
5    **Tomu, Inc.**
     **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.179**___
☐ Schedule G _____
**Thong Tran**

---

3.17
6    **Tomu, Inc.**
     **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.180**___
☐ Schedule G _____
**Thos. Somerville Co.**

---

3.17
7    **Tomu, Inc.**
     **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.181**___
☐ Schedule G _____
**Tom Hillsten**

---

3.17
8    **Tomu, Inc.**
     **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.182**___
☐ Schedule G _____
**Travis James Berrian**

---

3.17
9    **Tomu, Inc.**
     **57 N St NW # 120**
     **Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.183**___
☐ Schedule G _____
**Tyler Charles**

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.18<br>0  **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.184__<br>☐ Schedule G _____<br>**Venkat rengaramani Gokuladoss** |
| 3.18<br>1  **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.185__<br>☐ Schedule G _____<br>**Vilija Kuzmickas** |
| 3.18<br>2  **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.186__<br>☐ Schedule G _____<br>**Vinaykumar Bagam** |
| 3.18<br>3  **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.187__<br>☐ Schedule G _____<br>**VLMK Engineering & Design** |
| 3.18<br>4  **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.188__<br>☐ Schedule G _____<br>**VLP Law Group** |
| 3.18<br>5  **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.189__<br>☐ Schedule G _____<br>**Wells Fargo** |
| 3.18<br>6  **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.190__<br>☐ Schedule G _____<br>**William Mullane** |
| 3.18<br>7  **Tomu, Inc.**<br>**57 N St NW # 120**<br>**Washington, DC 20001** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.191__<br>☐ Schedule G _____<br>**William Sturm** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

3.18
8
**Tomu, Inc.**
**57 N St NW # 120**
**Washington, DC 20001**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.192__
☐ Schedule G _____
**Yuri Ohno**

| | |
|---|---|
| Debtor 1 | **Christopher Shigeo Osaka** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF COLUMBIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not living with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.      6.    $ 0.00      $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.     7.    $ 0.00      $ N/A

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: **Monthly gross income for domestic partner (not married)** | 8h.+ | $ 1,846.33 + | $ N/A |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.     9.    $ 1,846.33      $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.     10.    $ 1,846.33 + $ N/A = $ 1,846.33
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____      11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies      12.    $ 1,846.33
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ■ Yes. Explain:   **Debtor will look for new employment**

Debtor 1    **Christopher Shigeo Osaka**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   Do not list Debtor 1 and    ☐ Yes.   Fill out this information for
   Debtor 2.             each dependent..............

   Do not state the
   dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No<br>☐ Yes |
   | | | ☐ No<br>☐ Yes |
   | | | ☐ No<br>☐ Yes |
   | | | ☐ No<br>☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4. $    2,670.00

   **If not included in line 4:**

   4a.   Real estate taxes      4a. $    0.00
   4b.   Property, homeowner's, or renter's insurance      4b. $    0.00
   4c.   Home maintenance, repair, and upkeep expenses      4c. $    0.00
   4d.   Homeowner's association or condominium dues      4d. $    4,400.00

5. **Additional mortgage payments for your residence,** such as home equity loans      5. $    1,100.00

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 150.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 250.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 0.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 0.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 400.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 200.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 300.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify:  **Tax repayment** | | 16. $ | 500.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | | |
| | Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 9,970.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 9,970.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | | 23a. $ | 1,846.33 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 9,970.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | | 23c. $ | -8,123.67 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

□ Yes.      | Explain here: |

**Fill in this information to identify your case:**

| Debtor 1 | **Christopher Shigeo Osaka** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLUMBIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

| X **/s/ Christopher Shigeo Osaka** | X |
|---|---|
| **Christopher Shigeo Osaka** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **June 25, 2025** | Date |

**Fill in this information to identify your case:**

Debtor 1 __Christopher Shigeo Osaka__
First Name           Middle Name           Last Name

Debtor 2
(Spouse if, filing)      First Name           Middle Name           Last Name

United States Bankruptcy Court for the:     DISTRICT OF COLUMBIA

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $12,962.74 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2024 )** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $79,461.49 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2023 )** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

    ■ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

    | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
    |---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

    | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
    |---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ■ No
    ☐ Yes. Fill in the details.

    | Case title Case number | Nature of the case | Court or agency | Status of the case |
    |---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ■ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| McNamee Hosea,  P.A.<br>6404 Ivy Lane, Suite 820<br>Greenbelt, MD 20770<br>jfasano@mhlawyers.com<br>Gordon Osaka (Debtor's father) | Attorney Fees | 6/24/25 | $4,338.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Tomu, Inc. fka Meeting Hill Capital LLC<br>57 N St NW # 120<br>Washington, DC 20001 | Modular Villas<br><br>DeLeon & Stang<br>150 S. East St., Suite 103<br>Frederick, MD 21701 | EIN:      81-5021593<br><br>From-To    July 2021 to 2025 |
| Tomu LLC | never used | EIN:<br><br>From-To |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Part 12:**    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Christopher Shigeo Osaka**
**Christopher Shigeo Osaka**                                        Signature of Debtor 2
Signature of Debtor 1

Date   **June 25, 2025**                                            Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| | |
|---|---|
| Debtor 1 | **Christopher Shigeo Osaka** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLUMBIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Arlington County Federal Credit Union**<br><br>Description of property securing debt: **57 N St NW # 120 Washington, DC 20001 District of Columb County**<br>**700 sq. ft. condo unit** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain and Pay** | ■ No<br><br>☐ Yes |
| Creditor's name: **Capital Bank, N.A.**<br><br>Description of property securing debt: **57 N St NW # 120 Washington, DC 20001 District of Columb County**<br>**700 sq. ft. condo unit** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain** | ■ No<br><br>☐ Yes |
| Creditor's name: **JPMorgan Chase Bank, N.A.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a | ■ No<br><br>☐ Yes |

| Description of property securing debt: | **57 N St NW # 120 Washington, DC 20001 District of Columb County** **700 sq. ft. condo unit** | *Reaffirmation Agreement.* ■ Retain the property and [explain]: **Retain and Pay** _____ |
|---|---|---|

---

**Part 2:**    List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No  ☐ Yes |

---

**Part 3:**    Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Christopher Shigeo Osaka** _____      X _____

**Christopher Shigeo Osaka**
Signature of Debtor 1                         Signature of Debtor 2

Date    **June 25, 2025** _____      Date _____

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation | |
|---|---|---|
| $245 | filing fee | |
| $78 | administrative fee | |
| + $15 | trustee surcharge | |
| $338 | total fee | |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re

**Christopher Shigeo Osaka,**

**Case No.**

**Chapter** 7

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept a flat fee of | $ | 4,338.00 |
| Filing Fees | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 4,338.00 |
| Balance Due | $ | 0.00 |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

2.  The source of the compensation paid to me was:

    ☐ Debtor ■ Other (specify): **Gordon Osaka (Debtor's father)**

3.  The source of compensation to be paid to me is:

    ■ Debtor ☐ Other (specify):

4   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. All services set forth in Local Bankruptcy Rule 2016-2(a)(2)(B), if electing compensation under the Court's presumptively reasonable fee in a chapter 13 case;
    e. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**
6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## <u>CERTIFICATION</u>

I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: **June 25, 2025**

**/s/ Justin P. Fasano**
Signature of attorney

**Justin P. Fasano**
Name, Bar Number

**McNamee Hosea,  P.A.**
Firm

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Address

**301-441-2420**
Telephone

**jfasano@mhlawyers.com**
Email Address

8150 Properties, Inc.
800 Van Cliburn Way # 6021
Fort Worth, TX 76107


84 Lumber
6150 Buchanan Trail East
Waynesboro, PA 17268


Aaron & Jennifer St. Pierre
30 Balsam Drive
Readfield, ME 04355


Agna Guden
1838 Flagstaff Ct
Seal Beach, CA 90740


Aiste Cechaviciute
5850 Birch Ct
Apt 10
Oakland, CA 94618


Aiste K Guden
1442 Kentfield Ave
#A
Redwood City, CA 94061


Alexander Young
2470 Manderville Lane
Apt 1412
Alexandria, VA 22314


almuruna farada trust
11816 INWOOD RD
Dallas, TX 75244


American Express
PO Box 981537
El Paso, TX 79998-1537

Anna Marie Charles
9428 Berkley Lane
Frederick, MD 21701


Annette Yvonne Johnson
29 West Baltimore Street
Funkstown, MD 21734


Antonio San Martin
815 Evian
San Antonio, TX 78260


Apple Card/ GS Bank USA
11850 S. Election Road
Draper, UT 84020


Arlington County Federal Credit Union
2130 North Glebe Road
Arlington, VA 22207


Arminas Wagner
2506 Grassy Spring Pl
Las Vegas, NV 89135


ATINUKE ABIJO
901 Riggins Road
733
Tallahassee, FL 32308


Bank of America
100 N Tryon Street
Charlotte, NC 28202


baris guler
15211 Cabrillo Way
Austin, TX 78738

Bedrosians Tile & Stone
4460 West Shaw Avenue
Fresno, CA 93722


Benjamin Droz
57 N st NW
#222
Washington, DC 20001


BFS Operations, LLC. (TW Perry)
8101 Snouffer School Road
Gaithersburg, MD 20879


Brad Gleeson
31600 Night Owl Ave Ave NE
Kingston, WA 98346


Brady Rall
1101 N Kentucky St
Arlington, VA 22205


Brenda Okoth
11816 Inwood Road
Unit 70572
Dallas, TX 75224


Brian M. Maul
Law Office of Brian M. Maul, LLC
47 East South Street
Suite 401
Frederick, MD 21701


Brigit Cheshire
2567 NW Northrup St
Portland, OR 97210


Bryan Grudowski
3221 Commerce St. #409
Dallas, TX 75226

Capital Bank, N.A.
2275 Research Boulevard Suite 600
Rockville, MD 20850


Capital Electric
12111 Insurance Way
Hagerstown, MD 21740


Capital One
PO Box 31293
Salt Lake City, UT 84131-1293


CARTER LUMBER
601 Tallmadge Road
Kent, OH 44240


Castaway Plumbing, Inc.
9136 Reichs Ford Road
Frederick, MD 21704


Cechavicius Family Living Trust
8 MONTANA CT
PO BOX 275
Blue Diamond, NV 89004


Charles Megwa
125 Church Street
Suite 90-104
Pembroke, MA 02359


Charles Moore
1331 Appling Dr
Mount Pleasant, SC 29464


Chase
PO Box 1423
NC 28200-1423

Cheryle R Muckey
409 5th St S
Ellendale, ND 58436


Christopher Andrew Wan
715 Lake Shore Drive
Parsippany, NJ 07054


Christopher Bouthilette
910 M St NW
Apt 704
Washington, DC 20001


Christopher Davis
303 Perimeter Center N Ste 300
Atlanta, GA 30346


CLARIAN COUNSEL
700 12th Street Suite 700
Washington, DC 20005


Cody Heisinger
181 Brookdale Road
Stamford, CT 06903


Cody James Patterson
8236 97th Ave
Vero Beach, FL 32967


Comfort Design Inc.
620 Pennsylvania Ave.
Winchester, VA 22604


Comptroller of Maryland
Revenue
110 Carroll Street
Annapolis, MD 21411

Craig F Pfannenstiehl
101 Deer Path Lane
Weston, MA 02493


Daina Kuzmickas
8005 Gramercy Blvd
Apt 301
Derwood, MD 20855


Daniel Hagen
420 Del Norte Street
Los Angeles, CA 90065


Daniel Theo- Gonzalez
3231 Dewer On
Honolulu, HI 96818


David Glen Carpenter
175 1st st s 3401
Saint Petersburg, FL 33701


Dawn Blessing
1283 Portola Dr
San Francisco, CA 94127


Dawn Wetterhahn
275 Marlboro Road
Wood Ridge, NJ 07075


DeLeon & Stang CPAs and Advisors
150 S East St.
Suite 103
Frederick, MD 21701


Demetria Larsen
1744 W Montana Ct
Nixa, MO 65714

Devin Lovgren
1017 8th Street
Fairbury, NE 68352


Discover Card
P.O. Box 30939
Salt Lake City, UT 84130-0939


Douglas J Muckey
409 5th St S 693
Ellendale, ND 58436


Duane Jones
2103 W Canyon Dr
Coeur D Alene, ID 83815


Edward Medlock
19 Palmer Lane
Asheville, NC 28804


Edward Uhler
5454 SW 28th Ave
Ocala, FL 34471


Eileen O'Brien
Bramnick Creed
4550 Montgomery Avenue Suite 760N
Bethesda, MD 20814


Eleanor Wynn
6311 Palomino Way
West Linn, OR 97068


Elizabeth Hartley
110 Gulf Shore Dr
Unit 424
Destin, FL 32541

Emily Strong
1699 Longwood Drive
Cleveland, OH 44124


Farbod Farzan
1500 Harbor Blvd
242
Weehawken, NJ 07086


Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987


Gintare Dailey
1285 Tomahawk Dr
Salt Lake City, UT 84103


Gisela PerezGonzalez
12812 Raysbrook Drive
Riverview, FL 33569


Gloria Su
6263 Ivar Ave.
Temple City, CA 91780


Gordon Electric Supply, Inc.
1290 North Hobbie Avenue
Kankakee, IL 60901-0231


Gordon Lee Osaka
35 All Saints St
319
Frederick, MD 21701


Greg Sloan
4324 Walsh Drive
Atlanta, GA 30338

Hagerstown Kitchens, Inc.
19221 Longmeadow Road
Hagerstown, MD 21742


Hagerstown Paint & Glass Co., Inc.
18136 Oak Ridge Drive
Hagerstown, MD 21740


Hampton Inn - Hagerstown I-81 HGRMG
18300 Peak Circle
Hagerstown, MD 21742


Hicksville Planing Mill
14464 Hicksville Road
Clear Spring, MD 21722


Hipolito Catarino
2251 Sahara Dr
Lake Havasu City, AZ 86403


Hood Industries, Inc.
18450 Showalter Road
Bay #9
Hagerstown, MD 21742


ICC NTA LLC
305 North Oakland Ave
P.O. Box 490
Nappanee, IN 46550


Igor Stankevic
Karaliauciaus g. 9A-38
Belle Rive, IL 62810


Immerse Stays MT LLC
Anejandro Bencomo
3815 Eastside St, #1006
Houston, TX 77098

Innovative Rock and Water Inc.
107 W 37th St
Garden City, ID 83714


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Jacent Davis
1705 Porchrest Way
Antioch, TN 37013


Jacob Weddle
Remus, Weddle & Cavenee, LLC
18 West Church Street
Frederick, MD 21701


James Stone
Kane & Stone, P.A.
28 West Washington Street
3rd Floor
Hagerstown, MD 21740


Jeffry Mercado
201 Park Plaza
C514
San Diego, CA 92101


Jimmie Reives
2984 N Fork Rd
Fernley, NV 89408


John Foss and Scott Barsin
312 Sunset Road
West Palm Beach, FL 33401


John Nevin
101 Clapboard Hill Rd
Westport, CT 06880

Jonathan Charles
9428 Berkley Ln
Frederick, MD 21701


Joseph Champlin
200 E Church St
Frederick, MD 21701


Josiah Barnes
311 Hart St
2A
Brooklyn, NY 11206


JPMCB Card Services
PO Box 15369
Wilmington, DE 19850


JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017


Julie Ahn
6618 Morning View Court
Alexandria, VA 22315


Justin LeBlanc
115 St. Moritz Dr.
Tafton, PA 18464


Kasey Wertheim
401 Sandy Hollow Road
Bridgeport, WV 26330


Kevin McGowan
200 Farm Ln
Martinez, CA 94553

Kyle Istvanditsch
4508 Alverstone Pl
Lexington, KY 40515


Larry Ginesi
1620 Carneros Meadows Ln
Ste 16
Sonoma, CA 95476


Lauren Hughes
9443 Flowerden Lane
Manassas, VA 20110


Laurence Schor, Esq. et al.
Asmar Schor & McKenna PLLC
5335 Wisconsin Ave NW Suite 950
Washington, DC 20015


Lexington Realty International
911 East County Line Road # 206
Lakewood, NJ 08701


Liam Millette
54 Bishop Dr
Cumberland, RI 02864


Lisa Cronk
316 Hamilton St
Evanston, IL 60202


Lucas Sharp and Chantra Malee
17 Madrone Avenue
Woodacre, CA 94973


Maansi Viresh Doshi
1409 La Salle Drive
Turlock, CA 95382

Mark Matson
823 NE Failing
Portland, OR 97212


Mark Meer
2845 Council Street
Los Angeles, CA 90026


Mark Ray Bergthold
2515 NW Chapel Hill Drive
Woodland, WA 98674


Mark Volkmann
656 Coleman Boulevard
Suite 705
Mount Pleasant, SC 29464


Marteen Besteder
5016 Mission Boulevard
San Diego, CA 92109


Matthew Kirn
3839 Farr Oak Circle
Fairfax, VA 22030


Matthew Patrick Callahan
9324 NE Levee Rd.
Portland, OR 97211


Maurice Thompson
1301 North Stockton Street
Stockton, CA 95203


MB Aparat
Vytenio st. 50-306
Contoocook, NH 03229

Megan Schaefer
4 Steven Luke Ln
Friendswood, TX 77546


Michael Baldacchino
26 Cypress Drive
Eustis, FL 32726


Michael Hillebrand
16 Ledgewood Drive
Smithtown, NY 11787


Michael Hillebrand
16 Ledgewood Dr
Smithtown, NY 11787


Michael Paladino
2515 Peaceful Prairie Ct
Las Vegas, NV 89135


Michael Robertson
4208 Morningside Cir
Great Falls, MT 59405


Michelle Bertrand
2 Parker Drive
Hudson, NH 03051


Michelle Bertrand
2 Parker Drive
Alto, GA 30510


Mimi Kress
6630 Marywood Road
Bethesda, MD 20817

Monette Balite-Lacap
6637 Salt Basin St
North Las Vegas, NV 89084


Natalie Cordes
135 West 82nd Street
Apt 5
New York, NY 10024


Natalie Cordes
135 W 82nd Street
5
New York, NY 10024


Neryo Davydov
400 NE 12th Ave #402
Hallandale, FL 33009


Neuberger, Quinn, Gielen, Rubin & Gibber
1 South Street, 27th Floor
Attn: Isaac M. Neuberger, Esq.
Baltimore, MD 21202


New Heights Industrial Park, LLC
c/o The Bluestone Group,
225 Broadway, 32nd Floor
New York, NY 10007


NKN Big Lost River, LLC
Attn: Stepanie Perenchio
PO Box 90 PMB 408
Sun Valley, ID 83353


Offsight Inc.
440 N BARRANCA AVE #8018
Covina, CA 91723


Patricia Anne Slagle
2457 Five Shillings Rd
Frederick, MD 21701

Paul Voss
6435 Woodland Ferry Rd
Seaford, DE 19973


Penny Tiglias
75 Thayer Rd
Manhasset, NY 11030


Pillar One Consulting LLC
227 Armstrong Place
Gaithersburg, MD 20878


PJ's Roofing, Inc.
103 Bosc Court
Thurmont, MD 21788


R.J. Lock & Security
1101 Jefferson Boulevard
Hagerstown, MD 21742


Ravikanth Darbha
1412 Sierra Glen Circle
Apex, NC 27502


Richard Bronstein
1837 Ridgeview Dr
Allentown, PA 18104


Rick Jones Electric, LLC
8790 Rosehaven Lane
Frederick, MD 21701


Rimini Holdings Series, LLC
c/o Marco Govoni
17308 Stedman Drive
Dallas, TX 75252

Roderick Herron
20236 Executive Drive
Tanner, AL 35671


Rodriguez Wright
1390 North McDowell Boulevard
Suite G, 324
Petaluma, CA 94954


Roman Smolevskiy
8634 Marsh Creek Ct
Roseville, CA 95747


Ronald Mathew Abel
510 Mt Dell Dr
Clayton, CA 94517


Rusne Kuzmickas
57 N St NW
Washington, DC 20001


Ruta Kuzmickas
2215 NE 18th Ave
Portland, OR 97212


Sachie Tani Kohlman
726 Dennis Ave
Silver Spring, MD 20901


Saltavore Scanio
688 Lake Varuna Mews
Gaithersburg, MD 20878


Sean Gill
80 Birch Hill Road
Stow, MA 01775

Sean Lynch
6 Lyric Arbor Circle
Spring, TX 77381


Shabnam Ahmed
6800 Willow Creek Road
Bowie, MD 20720


Sharad Swami
12282 Lazio Ln
Frisco, TX 75035


Shawley's LP Gas
18034 Shawley Drive
Hagerstown, MD 21740


Shawna Dryden
1814 Mallow Street
Grovetown, GA 30813


Simon Kelner
315 Kimball Ave
Westfield, NJ 07090


Soo Choi
5712 Winner Ave
Baltimore, MD 21215


Spark Root Development LLC
c/o Sunil Lavani
6700 Bridge Hill COve
Austin, TX 78746


Spartan Forest Products
335 North Constitution Avenue
New Freedom, PA 17349

SPARTAN SURFACES
SPARTAN SURFACES
PO BOX 69261
Baltimore, MD 21264-9261


Stanley Willis
2558 Shinnecock Ct
Murfreesboro, TN 37127


Stein Sperling
1101 Wootton Parkway
Suite 700
Rockville, MD 20852


Steven DeSouza
1111 South Atlantic Street
Seattle, WA 98134


Stuart Forbes
211 Crosswind Drive
Waxahachie, TX 75167


Susan Deehan Slagle
2022 Rosemont Ave
Frederick, MD 21702


TargetPath
9375 SW Commerce Circle, Ste 7
Wilsonville, OR 97070


TD Bank
1701 Route 70 East
Cherry Hill, NJ 08034


Temperature Matters LLC
308 West 8th Street
Waynesboro, PA 17268

Texas Department of Licensing and Regula
P. O. Box 12157
Austin, TX 78711


Thomas Mueller
9571 Crestwood Lane
Anaheim, CA 92804


Thong Tran
910 M Street NW
704
Washington, DC 20001


Thos. Somerville Co.
16155 Trade Zone Ave
Upper Marlboro, MD 20774


Tom Hillsten
367 18th St SE
Cedar Rapids, IA 52403


Tomu, Inc.
57 N St NW # 120
Washington, DC 20001


Travis James Berrian
5306 se 17th ave
Portland, OR 97202


Tyler Charles
160616 Dublin Road
Walkersville, MD 21793


Venkat rengaramani Gokuladoss
828 Terrastone Pl
Cary, NC 27519

Vilija Kuzmickas
301 1st Ave New York
Washington, DC 20001


Vinaykumar Bagam
15 Colonial Dr
Goshen, NY 10924


VLMK Engineering & Design
3933 South Kelly Avenue
Portland, OR 97239


VLP Law Group
446 Old County Road Suite 100-114
Pacifica, CA 94044


Wells Fargo
Wells Fargo SBL PO Box 29482
Phoenix, AZ 85038-8650


William C. Wantz, Esq.
123 West Washington Street
Hagerstown, MD 21740


William Mullane
151 W 7th St
Apt 508
Cincinnati, OH 45202


William Sturm
24540 North Elm Road
Lake Forest, IL 60045


Yuri Ohno
1200 Main Street
102
Trout Lake, WA 98650